Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, Plaintiffs Gwen Danielson, Emma Borhanian, Jack Lasota, and Alexander Leatham, by and through their undersigned counsel, certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff Gwen Danielson
2. Plaintiff Emma Borhanian
3. Plaintiff Jack Lasota
4. Plaintiff Alexander Leatham
5. Jerold D. Friedman (Attorney in Charge for Plaintiff)
6. Randall Kallinen (Attorney for Plaintiff)
7. Defendant County of Sonoma, California

8.  Defendant Westminster Woods

9.  Defendant Deputy Joseph L. Ricks

10. Defendant Deputy Daniel Ager

11. Defendant Christopher Rhodes

12. Defendant Olivia Longstaff

Dated: November 16, 2021

By:
*/s/ Jerold D. Friedman*
Jerold D. Friedman
Attorney for Plaintiff