Randall L. Kallinen (Texas SBN: 00790995)
attorneykallinen@aol.com
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:              281/667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM, *Plaintiffs,* v. COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive, *Defendants.* | Case No.: 3:21-cv-8854 **PRO HAC VICE MOTION** **DEMAND FOR JURY TRIAL** |

1.     Now Comes attorney Randall L. Kallinen to appear *pro hac vice* on behalf of Plaintiffs and will show the following:

2.     Randall L. Kallinen is lawyer in good standing licensed in Texas and a member in good standing of the bar of The U.S. Supreme Court, Fifth and Eleventh U.S. Circuit Courts of Appeal, and the U.S. Northern, Southern, Eastern, and Western Districts of Texas.

3.	Randall L. Kallinen's contact information is Texas Bar No.: 00790995; Kallinen Law PLLC, 511 Broadway Street, Houston, Texas 77012; 713/320-3785; FAX: 713/893-6737; attorneykallinen@aol.com.

4.	Randall L. Kallinen has attached a recent certificate of good standing and Oath.

Dated: January 12, 2022						By:
								*/s/ Randall L. Kallinen*
								Randall L. Kallinen
								Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 12, 2022, I have served a true and correct copy of the foregoing document that was delivered by the ECF in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

								*/s/ Randall L. Kallinen*
								Randall L. Kallinen
								Attorney for Plaintiffs