Jerold D. Friedman (SBN: 290434)
  jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT of CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**PRO HAC VICE ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

ORDER

IT IS ORDERED THAT Randall L. Kallinen may appear *pro hac vice* for the Plaintiffs

**DATE:**

_____, 2022        _____
                **HONORABLE JUDGE OF THE COURT**
                U.S. Northern District of California, San Francisco Division

1