## OATH

I, Randall L. Kallinen, swear and affirm and give my oath that I am an active member in good standing of the bar of Texas and a member in good standing of the bar of The U.S. Supreme Court, Fifth and Eleventh U.S. Circuit Courts of Appeal, and the U.S. Northern, Southern, Eastern, and Western Districts of Texas. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules; Jerold D. Friedman (SBN: 290434), jerry@lawofficejdf.com, LAW OFFICE OF JEROLD D. FRIEDMAN, 19744 Beach Blvd. #390, Huntington Beach, CA 92648, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, and is designated as co-counsel in this instant action. I have not been granted *pro hac vice* admission by this Court in the 12 months preceding this application.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

DATE: January 6, 2022

_____
Randall L. Kallinen