Randall L. Kallinen (Texas SBN: 00790995)
attorneykallinen@aol.com
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 281/667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT of CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive,<br><br>*Defendants.* | Case No.: 3:21-cv-8854<br><br>**PRO HAC VICE MOTION**<br><br>**MOTION TO WITHDRAW** |

To The Honorable Joseph C. Spero,

Now Comes attorney Randall L. Kallinen who appeared *pro hac vice* on behalf of Plaintiffs and now requests to withdraw.

Jerry Friedman represents the Plaintiffs and has appeared.

No Defendant or other individual or entity, save Plaintiffs, have appeared or filed anything in this action. This motion is therefore Unopposed.

There is no prejudice to any party by allowing this withdrawal and Plaintiffs are agreed.

Dated: February 15, 2022        By:
                                  */s/ Randall L. Kallinen*
                                  Randall L. Kallinen
                                  Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on February 15, 2022, I have served a true and correct copy of the foregoing document that was delivered by the ECF in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

                                  */s/ Randall L. Kallinen*
                                  Randall L. Kallinen
                                  Attorney for Plaintiffs