Randall L. Kallinen (Texas SBN: 00790995)
attorneykallinen@aol.com
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX:         281/667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT of CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>         Plaintiffs,<br><br>              v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive<br><br>         Defendants. | Case No.: 3:21-cv-8854<br><br>**ORDER on WITHDRAWAL**<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER

IT IS ORDERED THAT Randall L. Kallinen is withdrawn from this civil action.

**DATE:**

February 15, 2022    _____
                     **HONORABLE JUDGE OF THE COURT**
                     U.S. Northern District of California, San Francisco Division

1