AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-8854

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Christopher Rhodes__
was received by me on *(date)* __02/08/22__ .

☒ I personally served the summons on the individual at *(place)* __4511 Parker Hill Rd. Santa Rosa, CA 95404__ on *(date)* __02/16/22__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __105__ .

I declare under penalty of perjury that this information is true.

Date: __02/17/2022__

*Server's signature*

__Branden Heffelfinger, Process Server__
*Printed name and title*

Sonoma County, P-555
B's Process Serving
PO Box 1275, Windsor, CA 95492
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-8854

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Westminister Woods__
was received by me on *(date)* __02/08/22__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Rhodes__ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
__Westminister Woods__ on *(date)* __02/16/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __52.50__ .

I declare under penalty of perjury that this information is true.

Date: __02/17/22__

*Server's signature*

Branden Heffelfinger, Process Server
*Printed name and title*

Sonoma County, P-555
B's Process Serving
PO Box 1275. Windsor, CA 95492
*Server's address*

Additional information regarding attempted service, etc:

