Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**DECLARATION OF JANENE ZDAWCZYK** |

//

//

//

MC-330

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jerold D. Friedman    (SBN: 290434)<br>LAW OFFICE OF JEROLD D. FRIEDMAN<br>19744 Beach Blvd., #390<br>Huntington Beach, CA 92648<br>TELEPHONE: 213-536    FAX NO.:<br>EMAIL ADDRESS:<br>ATTORNEY FOR (Name): Plaintiffs, Gwen Danielson, et al. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY & ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Gwen Danielson, et al.<br>DEFENDANT/RESPONDENT: County of Sonoma, et al. | |
| **DECLARATION** | CASE NUMBER:<br>3:21-cv-8854 |

I am a licensed private investigator in the State of California. On February 7, 2022, Najar Investigations was retained by the Law Office of Jerold D. Friedman to serve Westminster Woods.

<u>On Monday, February 7, 2022 at 5:03 p.m.</u>, I contacted B's Process Serving in Santa Rosa, California and spoke with Branden. I explained to Branden that we needed to serve some court documents by no later than February 12th. He advised me that they could handle this and that there would be an additional cost for "Rush" fees. Branden provided me with an email address to send the documents to him.

At 6:52 p.m., I sent an email to Branden with the court documents along with all of the information pertaining to the subject and the location of service. In the email was the following, "**NOTE**: **THIS SERVICE NEEDS TO BE COMPLETED BY FEBRUARY 12TH**." This statement was capitalized, emboldened and underlined, and the word "NOTE" was highlighted in green.

<u>On Tuesday February 8, 2022 at 4:13 p.m.</u>, I sent an email to Branden advising him that I had not received the invoice yet for the "Rush" service. I also asked him to confirm that he received my email request for service from the previous day.

At 4:16 p.m., I received an email response from Branden stating that the case had been dispatched and that I will receive an invoice within 48 hours.

<u>On Monday, February 14, 2022 at 9:25 a.m.</u>, I sent an email to Branden asking him for a status. I asked him if the documents had been served.

At 10:19 a.m., I received an email response from Branden that stated, "No Answer as of yet at the residence on Parker Hill. You will be notified once service is done and or we reach 4 attempts". It appeared to me that Branden was not looking at this as a "Rush" service.

At 10:57 a.m., I called Branden to remind him that we had already paid extra fees for "Rush" service. Branden appeared to be annoyed with me. He said that he was not in the office and that he would check into this and get back to me in an hour. I did not hear back from Branden.

Page **1** of **2**

At 5:29 p.m., I sent a follow up email to Branden reminding him that he was going to get back to me earlier in the day regarding the "Rush" serve that was supposed to be completed by February 12th. I did not receive a response from Branden that day.

<u>On Tuesday, February 15 at 7:34 a.m.,</u> I finally received an email response from Branden. He stated, "our first attempt was on 2/8 with the final attempt on 2/11".

At 9:13 a.m., I sent an email response to Branden asking him for details on the attempts. I asked him, "How many attempts were made between February 8 & 11th? Did your process server make contact with anyone at all at the residence? Please provide me with a summary of the attempts".

At 9:49 a.m., I sent another email to Branden letting him know that I had just spoken with the attorney. I reminded him that these were Federal court documents that needed to be served by February 12th. I asked Branden to send me a Declaration of Non Service and to make sure to include all details of each attempt. I also stated that we needed this Declaration as soon as possible. Branden never responded to either of my email requests.

<u>On Wednesday, February 16 at 10:42 a.m.,</u> I sent an email to Branden advising him that the attorney called and said he needed to file the Declaration today. I asked Branden to send the Declaration right away.

At 10:44 a.m., I called Branden to make sure he received all of my emails relating to the Declaration. Branden did not answer. I left a detailed message explaining the urgency of getting the Declaration from him today. As of the writing of this Declaration, Branden has not responded.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/16/2022

Janene Zdawczyk
(TYPE OR PRINT NAME)

*[signature: Janene Zdawczyk]*
(SIGNATURE OF DECLARANT)

☐ ATTORNEY FOR     ☐ PLAINTIFF     ☐ PETITIONER     ☐ DEFENDANT
☐ RESPONDENT       ☒ OTHER (Specify): Private Investigator

**DECLARATION**

Page **2** of **2**

MC-330

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jerold D. Friedman    (SBN: 290434)<br>LAW OFFICE OF JEROLD D. FRIEDMAN<br>19744 Beach Blvd., #390<br>Huntington Beach, CA 92648<br>TELEPHONE: 213-536    FAX NO.:<br>EMAIL ADDRESS:<br>ATTORNEY FOR (Name): Plaintiffs, Gwen Danielson, et al. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY & ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Gwen Danielson, et al.<br>DEFENDANT/RESPONDENT: County of Sonoma, et al. | |
| **DECLARATION** | CASE NUMBER:<br>3:21-cv-8854 |

I am a licensed private investigator in the State of California. On February 7, 2022, Najar Investigations was retained by the Law Office of Jerold D. Friedman to serve Christopher Rhodes.

On Monday, February 7, 2022 at 5:03 p.m., I contacted B's Process Serving in Santa Rosa, California and spoke with Branden. I explained to Branden that we needed to serve some court documents by no later than February 12th. He advised me that they could handle this and that there would be an additional cost for "Rush" fees. Branden provided me with an email address to send the documents to him.

At 6:52 p.m., I sent an email to Branden with the court documents along with all of the information pertaining to the subject and the location of service. In the email was the following, "**NOTE**: **THIS SERVICE NEEDS TO BE COMPLETED BY FEBRUARY 12TH.**" This statement was capitalized, emboldened and underlined, and the word "NOTE" was highlighted in green.

On Tuesday February 8, 2022 at 4:13 p.m., I sent an email to Branden advising him that I had not received the invoice yet for the "Rush" service. I also asked him to confirm that he received my email request for service from the previous day.

At 4:16 p.m., I received an email response from Branden stating that the case had been dispatched and that I will receive an invoice within 48 hours.

On Monday, February 14, 2022 at 9:25 a.m., I sent an email to Branden asking him for a status. I asked him if the documents had been served.

At 10:19 a.m., I received an email response from Branden that stated, "No Answer as of yet at the residence on Parker Hill. You will be notified once service is done and or we reach 4 attempts". It appeared to me that Branden was not looking at this as a "Rush" service.

At 10:57 a.m., I called Branden to remind him that we had already paid extra fees for "Rush" service. Branden appeared to be annoyed with me. He said that he was not in the office and that he would check into this and get back to me in an hour. I did not hear back from Branden.

Page **1** of **2**

At 5:29 p.m., I sent a follow up email to Branden reminding him that he was going to get back to me earlier in the day regarding the "Rush" serve that was supposed to be completed by February 12th. I did not receive a response from Branden that day.

<u>On Tuesday, February 15 at 7:34 a.m.</u>, I finally received an email response from Branden. He stated, "our first attempt was on 2/8 with the final attempt on 2/11".

At 9:13 a.m., I sent an email response to Branden asking him for details on the attempts. I asked him, "How many attempts were made between February 8 & 11th? Did your process server make contact with anyone at all at the residence? Please provide me with a summary of the attempts".

At 9:49 a.m., I sent another email to Branden letting him know that I had just spoken with the attorney. I reminded him that these were Federal court documents that needed to be served by February 12th. I asked Branden to send me a Declaration of Non Service and to make sure to include all details of each attempt. I also stated that we needed this Declaration as soon as possible. Branden never responded to either of my email requests.

<u>On Wednesday, February 16 at 10:42 a.m.</u>, I sent an email to Branden advising him that the attorney called and said he needed to file the Declaration today. I asked Branden to send the Declaration right away.

At 10:44 a.m., I called Branden to make sure he received all of my emails relating to the Declaration. Branden did not answer. I left a detailed message explaining the urgency of getting the Declaration from him today. As of the writing of this Declaration, Branden has not responded.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/16/2022

| Janene Zdawczyk | *Janene Zdawczyk* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

☐ ATTORNEY FOR ☐ RESPONDENT   ☐ PLAINTIFF   ☐ PETITIONER   ☐ DEFENDANT
☒ OTHER (Specify): Private Investigator

**DECLARATION**

Page **2** of **2**