Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al., | Case No.: 3:21-cv-8854-JCS |
| Plaintiffs, | **EXHIBIT 1** |
| v. | |
| COUNTY OF SONOMA, CALIFORNIA, et al., | |
| Defendants. | |

//

//

//

