**U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, CALIFORNIA, et al., <br><br> Defendants. | Case No.: 3:21-cv-8854-JCS <br><br> **PROPOSED ORDER** |

Before the Court is Plaintiffs' Motion for The Extension of Time to Serve Summons on Defendants County of Sonoma, Westminster Woods, and Christopher Rhodes Pursuant to Rule 4.

The Court finds good cause and the motion is **GRANTED**.

The deadline to serve process on Defendants Westminster Woods and Christopher Rhodes is February 16, 2022. The deadline to serve process on Defendant County of Sonoma is March 16, 2022.

It is so **ORDERED**.

Dated: _____

_____
Hon. Joseph C. Spero
Chief Magistrate Judge for the U.S. District Court