Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**EX PARTE MOTION TO CONTINUE THE CASE MANAGEMENT STATEMENT FILING DEADLINE AND MANAGEMENT CONFERENCE**<br><br>*Hon. Joseph C. Spero* |

Plaintiffs Gwen Danielson, Emma Borhanian, Jack Lasota, and Alexander Leatham ("Plaintiffs") hereby move the Court to continue the deadline to file the Initial Case Management Statement (Doc. No. 4) due February 18, 2022, and the Initial Case Scheduling Conference (Doc. No. 15) set for February 25, 2022.

Pursuant to Fed.R.Civ.P. 6(b)(1)(A), for good cause, and the Court's inherent ability to manage its schedule, Plaintiffs show as follows:

Plaintiffs bring suit for several constitutional violations related to a November 2019 arrest. The criminal charges from that arrest still have not resolved (Declaration of Jerold D. Friedman, hereafter "Decl.," ¶ 2; *see also* Doc. No. 1, ¶¶ 5, 20) and, as such, the instant civil case is ripe to be stayed.

Plaintiffs obtained a waiver of service from Defendant Deputies Ager and Ricks (Doc. No. 16). Their response to the Complaint is due April 4, 2022.

Plaintiffs served Defendants Westminster Woods and Christopher Rhodes (Doc. No. 17) with their response to the Complaint due March 9, 2022.

The remaining Defendant is County of Sonoma, California, who is represented by Richard Osman (Decl. ¶ 3). Defendant's attorney and Plaintiffs' attorney, undersigned, spoke on or about January 27, 2022 (Decl. ¶ 4). Defendant's attorney said that County of Sonoma's policy was to accept waivers of service sent by U.S. mail (Decl. ¶ 5). Plaintiffs' attorney followed these instructions but has not yet received the return of waiver of service (Decl. ¶¶ 6–7). Plaintiffs' attorney reasonably believes that County of Sonoma was timely served (Decl. ¶ 8) but filed a motion to extend the time for service as a precaution since the return has not yet been received (Doc. No. 18).

At the present time, only Plaintiffs have made an appearance. All Defendants may not make an appearance until April 4, 2022, or shortly after depending upon the date Defendant County of Sonoma is received their request for waiver of service.

Plaintiffs cannot earnestly file any case management statement unilaterally. Similarly, Plaintiffs cannot earnestly inform the Court of case management matters at the scheduling conference without Defendants participating. It is therefore a waste of judicial resources not to continue the deadline for the case management statement and thereafter the case management conference.

Therefore, Plaintiffs move to continue both dates until no earlier than April 18, 2022, two weeks after Defendants Ager and Ricks are due to respond to the Complaint.

Dated: February 17, 2022

By:
    */s/ Jerold D. Friedman*
    Jerold D. Friedman
    Attorney for Plaintiff

**CERTIFICATE OF CONFERENCE**

I, Jerold D. Friedman, certify that on February 17, 2022, I discussed the contents of this ex parte motion with Defendant's attorney Richard Osman. Counsel indicated that he is not opposed. (Counsel's clients have not yet appeared in this case.)

By:
    */s/ Jerold D. Friedman*
    Jerold D. Friedman