Jerold D. Friedman (SBN: 290434)
   jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**DECLARATION OF JEROLD D. FRIEDMAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO CONTINUE THE CASE MANAGEMENT STATEMENT FILING DEADLINE AND MANAGEMENT CONFERENCE**<br><br>*Hon. Joseph C. Spero* |

I, Jerold D. Friedman, declare the following from personal knowledge and, if asked to testify to these facts, I would testify competently thereto.

1. I am an attorney in good standing before this Court and before all courts in the State of California. I am the plaintiffs' attorney in the instant case.

2. Plaintiffs' lawsuit is based in large part on their unconstitutional arrest from November 2019. Their criminal case is not yet resolved and seems unlikely to resolve before April 2022.

3. Defendant County of Sonoma, California, is represented by Richard Osman.

4. Richard Osman and I spoke on or about January 27, 2022, regarding this case.

5. Richard Osman said that County of Sonoma's policy was to accept waivers of service sent by U.S. mail.

6.  On February 4, 2022, I sent County of Sonoma a request for waiver of service. *See* Exhibit 1, a true and correct photograph of the envelope with request for waiver inside pursuant to statute.

7.  I have not yet received the return of waiver of service.

8.  I reasonably believe that County of Sonoma received the request for waiver of service before February 14, 2022, the service of process deadline.

I state the foregoing under penalty of perjury of the laws of the State of California.

Dated: February 17, 2022                                By:
                                                       */s/ Jerold D. Friedman*
                                                       Jerold D. Friedman
                                                       Attorney for Plaintiff