Jerold D. Friedman (SBN: 290434)
   jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, CALIFORNIA, et al., <br><br> Defendants. | Case No.: 3:21-cv-8854-JCS <br><br> **EXHIBIT 1** |

//

//

//

