1  Richard S. Diestel, SBN: 095059
   Nicholas D. Syren, SBN: 334807
2  **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
3  180 Sansome Street, Suite 500
   San Francisco, California 94104-3710
4  Telephone:   (415) 981-5411
   Facsimile:   (415) 981-0352
5

6  Attorneys for Defendants
   WESTMINSTER WOODS CAMP AND
7  CONFERENCE CENTER, a nonprofit religious
   Corporation sued under the name Westminster Woods;
8  CHRISTOPHER RHODES, an individual, and OLIVIA
   LONGSTAFF, an individual
9

10
                IN THE UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM, | Case No.: 3:21-cv-8854-JCS |
|---|---|
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive, | |
| Defendants. | |

25  ///
26  ///
27  ///
28  ///

Pursuant to Civil L.R. 3-15, the undersigned certified that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

WESTMINISTER WOODS CAMP AND CONFERENCE CENTER,
a nonprofit religious corporation sued under the name West Minster Woods;

b

CHRISTOPHER RHODES, an individual; and

OLIVIA LONGSTAFF, an individual

Dated: March 8, 2022        **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By: _/s/ Richard E. Diestel_
Richard S. Diestel
Nicholas D. Syren
Attorneys for Defendants WESTMINSTER WOODS CAMP AND CONFERENCE CENTER, CHRISTOPHER RHODES and OLIVIA LONGSTAFF

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On March 8, 2022, I served the attached document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Email: Jerry@lawofficejdf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on March 8, 2022, at San Leandro, California.

AnnaMaria Escobar