Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:     (415) 981-5411
Facsimile:     (415) 981-0352

Attorneys for Defendants
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
Corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES, an individual, and OLIVIA
LONGSTAFF, an individual

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 3:21-cv-8854-JCS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

///

///

///

///

Pursuant to Civil L.R. 3-15, the undersigned certified that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

WESTMINISTER WOODS CAMP AND CONFERENCE CENTER,
a nonprofit religious corporation sued under the name West Minster Woods;

b

CHRISTOPHER RHODES, an individual; and

OLIVIA LONGSTAFF, an individual

Dated:  March 8, 2022          **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By: _____

Richard S. Diestel
Nicholas D. Syren
Attorneys for Defendants WESTMINSTER WOODS
CAMP AND CONFERENCE CENTER,
CHRISTOPHER RHODES and OLIVIA LONGSTAFF

1

**CERTIFICATE OF SERVICE**

2

I, the undersigned, hereby declare as follows:

3

I am employed in the County of San Francisco, State of California; I am over the age of

4

eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth

5

Floor, San Francisco, California 94104, in said County and State.

6

On March 8, 2022, I served the attached document(s):

7

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

8

Upon all named counsel of record as follows:

9

Jerold D. Friedman

10

Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390

11

Huntington Beach, CA  92648
Telephone No.: (213) 536-1244

12

Email: Jerry@lawofficejdf.com

13

14

☒     **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed
        documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this

15

        electronic transmission confirmation will be retained with the attached document.

16

17

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of

18

Service was executed by the undersigned on March 8, 2022, at San Leandro, California.

19

20

21

AnnaMaria Escobar

22

23

24

25

26

27

28

1