Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:     (415) 981-5411
Facsimile:     (415) 981-0352

Attorneys for Defendant
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES and OLIVIA LONGSTAFF

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>                    Defendants. | Case No.: 3:21-cv-8854<br><br>**DECLARATION OF CHRISTOPHER RHODES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>_____<br><br>**Complaint Filed: 11/15/2021**<br><br>**Date: April 15, 2022**<br>**Time: 9:30 A.M.**<br>**Courtroom: F, 15th Floor** |

I, Christopher Rhodes, state as follows

1. I have personal knowledge of the facts contained in this Declaration, unless otherwise indicated, and, if called as a witness, I am competent to testify to those facts.

-1-
DECLARATION OF CHRISTOPHER RHODES iso MOTION TO DISMISS

1      2. I am the executive director of WESTMINSTER WOODS CAMP AND

2   CONFERENCE CENTER (hereinafter "Westminster Woods"), a nonprofit religious

3   corporation located at 6510 Bohemian Highway, Occidental, California 95465.

4      3. Olivia Longstaff is a former employee on staff at Westminster Woods.

5      4. The Articles of Incorporation of Westminster Woods Camp and Conference Center

6   are attached as **Exhibit A** to this Declaration as filed with the California Secretary of State on

7   February 25, 2008.

8      5. As the Articles of Incorporation provide, "The specific purpose of this corporation is

9   to operate a camp and conference facility under the rules, regulations and discipline of the

10  Presbyterian Church in the United State[s] of America." (Exhibit A, Article II, Paragraph B.)

11  "This corporation is organized and operated exclusively for religious purposes within the

12  meaning of Section 501(c)(3) of the Internal Revenue Code." (Exhibit A, Article IV, Paragraph

13  A.) "The property of this corporation is irrevocably dedicated to religious purposes …." (Exhibit

14  A, Article V.)

15     I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct and that this Declaration was executed on March _7_, 2022 in

17  Occidental, California.

18

19

20

21                                                        Christopher Rhodes

22

23

24

25

26

27

28

-2-

**DECLARATION OF CHRISTOPHER RHODES iso MOTION TO DISMISS**

# EXHIBIT A



**FILED**
in the office of the Secretary of State
of the State of California

FEB 2 5 2008

## ARTICLES OF INCORPORATION OF
## WESTMINSTER WOODS CAMP AND CONFERENCE CENTER

### I

The name of this corporation is Westminster Woods Camp and Conference Center.

### II

A. This corporation is a RELIGIOUS CORPORATION and is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law primarily and exclusively for religious purposes.

B. The specific purpose of this corporation is to operate a camp and conference facility under the rules, regulations and discipline of the Presbyterian Church in the United State of America.

### III

The name and address in the State of California of this corporation's initial agent for service of process is:

|          |                 |
|----------|-----------------|
| Name:    | Mr. Ronald Schmurr |
| Address: | 4497 E. Hwy 20  |
|          | Nice, CA 95465  |

### IV

A. This corporation is organized and operated exclusively for religious purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.

B. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

### V

The property of this corporation is irrevocably dedicated to religious purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to the Presbytery of the Redwoods of the Presbyterian Church (U.S.A.) or, if the Presbytery of the Redwoods of the Presbyterian Church (U.S.A.) no longer exists or is no longer an organization described in Section 501(c)(3) of the Internal Revenue code, to such other nonprofit fund, foundation or corporation which under the discipline of the Presbyterian Church (U.S.A.), which is organized and operated exclusively for religious purposes and which has established its tax exempt status under Section 501(c)(3) of the Internal Revenue Code.

Dated: February 25, 2008

_____
Stephen L. Taber
Incorporator

# 4395437_v2

639583 1