UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>SONOMA COUNTY, et al.,<br><br>Defendants. | Case No. 21-cv-08854-JCS<br><br>**NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 23 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on November 15, 2021. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Defendants Westminster Woods, Chistopher Rhodes and Olivia Langstaff have filed a Motion to Dismiss. Accordingly, **all Defendants** are instructed to sign and electronically file the attached Consent or Declination to Magistrate Judge Jurisdiction within **seven (7) calendar days** of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. Please note that any party is free to withhold consent to proceed before a magistrate judge without substantive consequences.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: March 9, 2022

          Mark B. Busby
          Clerk, United States District Court

By: /s/ Karen L. Hom
Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWEN DANIELSON, et al.,

        Plaintiffs.

    v.

SONOMA COUNTY, et al.,

        Defendants.

Case No. 21-cv-08854-JCS

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(  )  **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

(  )  **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____

COUNSEL FOR (OR "PRO SE"): _____

_____
Signature