UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SONOMA, ET AL.<br><br>Defendant(s). | Case No. 3:21-cv-8854<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 9, 20 22        NAME: Richard S. Diestel

*Signature*

COUNSEL FOR
(OR "PRO SE"): Defendants WESTMINSTER WOODS CAMP AND CONFERENCE CENTER, a nonprofit religious corporation sued under the name Westminster Woods; CHRISTOPHER RHODES, an individual, and OLIVIA LONGSTAFF, an individual

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On March 9, 2022, I served the attached document(s):

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Email: Jerry@lawofficejdf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on March 9, 2022, at San Leandro, California.

AnnaMaria Escobar