AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-8854

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* County of Sonoma c/o Clerk of the Board of Supervisors
was received by me on *(date)* 03/09/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Arianna, clerk to the Board of Supervisors, W/f/50/blk hair/5'7"/130 , who is
designated by law to accept service of process on behalf of *(name of organization)* County of Sonoma c/o Clerk of the Board of Supervisors
on *(date)* 03/09/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/09/2022

*Server's signature*

Eric Walton, P-413, Sonoma County

*Printed name and title*

2360 Mendocino Ave., Ste A2-301
Santa Rosa, CA 95403

*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]