Exhibit A

1  JILL R. RAVITCH, #129787
   District Attorney, County of Sonoma
2  Jane M.Murray, #197511
   Deputy District Attorney
3  600 Administration Dr, Room 212J
   Santa Rosa, CA 95403
4  Telephone: (707) 565-2311

5  Attorney for the People

6

7                IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                     IN AND FOR THE COUNTY OF SONOMA

9

10 THE PEOPLE OF THE STATE OF              COURT CASE NO.
   CALIFORNIA
11                          Plaintiff,    FELONY COMPLAINT
                                          Section(s) PC182(a)(1), PC148(a)(1), PC185,
12 vs.                                             PC602(k), PC273a(b), PC236
                                          DA CASE NO. 0976552
   GWEN DANIELSON
13 DOB: ▮▮▮▮  ID NO. 670837

14
   EMMA NAVA BORHANIAN               DA CASE NO. 0976553
15 DOB: ▮▮▮▮  ID NO. 670839

16 JACK LASOTA                       DA CASE NO. 0976554
   DOB: ▮▮▮▮  ID NO. 670842
17
   ALEXANDER JEFFREY LEATHAM         DA CASE NO. 0976556
18 DOB: ▮▮▮▮  ID NO. 670846

19 AKA  JANE DOE
                              Defendants  Appearance Date: November 19, 2019
20                                .       Def: Borhanian 11-25-2019

21

22       The District Attorney of the County of Sonoma, State of California, hereby accuses the above

23 named defendants of the following criminal offenses:
                              COUNT 1
24
   On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Conspiracy
25
26 To Commit A Crime in violation of PC182(a)(1), a Felony, was committed in that GWEN

27 DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER

28                              PAGE - 1 -
                           FELONY COMPLAINT

1  JEFFREY LEATHAM did unlawfully conspire together and with another person and persons whose

2  identity is unknown to commit the crime of Trespass, False Imprisonment, Child Abuse, Resisting

3  Arrest, and Wearing Masks to Avoid Identification, in violation of Section 602(k), 236, 273a(b),

4  148(a)(1) and 185 of the Penal Code, a felony; that pursuant to and for the purpose of carrying out the

5  objectives and purposes of the aforesaid conspiracy, the said Defendants, GWEN DANIELSON AND

6  EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAMs

7

8  committed the following overt act and acts at and in the County of Sonoma:

9
   1. Co-Conspirators Danielson, Borhanian, Lasota and Leatham formed a plan to travel to 6510
10     Bohemian Highway in Occidental.
   2. Co-conspirators Danielson, Borhanian, Lasota and Leatham traveled and arrived together on
11     November 15, 2019 to 6510 Bohemian Highway.
   3. Co-conspirators Danielson, Borhanian, Lasota and Leatham used a school bus and a recreational
12     vehicle to block the ingress and egress roads to the business located at 6510 Bohemian Highway.
   4. Co-conspirators Danielson, Borhanian, Lasota and Leatham donned masks, black robes, black
13     gloves and shoe coverings and entered the 200 acre property.
   5. Co-conspirators Danielson, Borhanian, Lasota and Leatham were asked to leave the property by
14     the business director and refused.
   6. When Sonoma County Sheriff's deputies arrived in response to a call from the director reporting
15     unwanted persons on the property, co-conspirators Danielson, Borhanian, Lasota and Leatham
16     uniformly refused to answer questions or follow directives and had to be physically removed.
   7. The co-conspirators actions caused 18 elementary school children present on the property to be
17     directed to shelter in place for a possible active shooter with their teachers until SWAT deputies
18     were able to assure the area was safe resulting in several of the children to suffer unjustifiable
       physical pain and mental suffering.
19

20

21                                    COUNT 2

22  On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Resist,

23  Obstruct, Delay Of Peace Officer Or Emt in violation of PC148(a)(1), a Misdemeanor, was committed

24  in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND

25  ALEXANDER JEFFREY LEATHAM did willfully and unlawfully resist, delay and obstruct Deputy

26  Joseph Ricks, Sergeant Brian Parks, Deputy Andrew Gaylord, Deputy Jeremy Lyle and Deputy Bryan

27

28                                   PAGE - 2 -
                               FELONY COMPLAINT

1 Jensen who were then and there peace officers attempting to and discharging the duty of his/her office

2 and employment.

3                                    COUNT 3

4 On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Wearing

5 Masks Or Personal Disguises For Unlawful Purpose in violation of PC185, a Misdemeanor, was

6 committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA

7
8 AND ALEXANDER JEFFREY LEATHAM unlawfully wore any mask, false whiskers, or any personal

9 disguise (whether complete or partial) for the purpose of evading or escaping discovery, recognition, or

10 identification in the commission of any public offense, or concealment, flight, or escape, when charged

11 with, arrested for, or convicted of, any public offense.

12                                    COUNT 4

13 On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Trespass

14 With Intent To Interfere in violation of PC602(k), a Misdemeanor, was committed in that GWEN

15
16 DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER

17 JEFFREY LEATHAM did unlawfully commit a trespass by entering lands for the purpose of injuring

18 property and property rights and with the intention of interfering with, obstructing, and injuring the

19 lawful business and occupation carried on by the owner of such land, his/her agent, and by the person in

20 lawful possession thereof.

21                                    COUNT 5

22 On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Cruelty To

23
24 Child By Inflicting Injury in violation of PC273a(b), a Misdemeanor, was committed in that GWEN

25 DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER

26 JEFFREY LEATHAM did, under circumstances and conditions other than those likely to produce great

27 bodily harm and death, willfully and unlawfully  inflict on JANE/JOHN DOE(s), a child of elementary

28

PAGE - 3 -
FELONY COMPLAINT

school age years, unjustifiable physical pain and mental suffering and injure, cause, and permit said child to suffer.

## COUNT 6

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of False Imprisonment (Misdemeanor) in violation of PC236, a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM did unlawfully violate the personal liberty of customers of Westminister Woods Conference Center.


NOTICE: Conviction for these offenses may require you to provide specimens and samples pursuant to Penal Code Section 296 if you are convicted of a felony offense or have a prior qualifying offense in your criminal background. Willful refusal to provide the specimens and samples is a crime.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(1)
NOTICE: Conviction of this offense will require you to relinquish all firearms you own, possess, or have under your custody or control in the manner provided in Penal Code section 29810.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(1)
NOTICE: Conviction of this offense will require you to relinquish all firearms you own, possess, or have under your custody or control in the manner provided in Penal Code section 29810.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(2)
NOTICE: Conviction of this offense will prohibit you from owning, purchasing, receiving, possessing, or having under your custody or control any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines.

FELONY COMPLAINT

1                                MARSY'S LAW

2       Information contained in the reports being distributed as discovery in this case may contain

3 confidential information protected by Marsy's Law and the amendments to the State of California

4 Constitution Section 28. Any victim(s) in any above referenced charge(s) is entitled to be safe and free

5 from intimidation, harassment, and abuse. The defendant(s), defense counsel, and any other person

6 acting on behalf of the defendant(s) is admonished not to use any information contained in the reports to

7 locate or harass any victim or the victim(s)s' family and to not disclose any information that is otherwise

8 privileged and confidential by law. Additionally, it is a misdemeanor violation of Penal Code Section

9 1054.2(a)(3) to disclose the address and telephone number of a victim or witness to a defendant,

10 defendant's family member, or anyone else. Note exceptions provided in Penal Code Section

11 1054.2(a)(1) and (2).

12

13       Discovery Request: Pursuant to Penal Code Section 1054.5(b), the People are hereby informally

14 requesting that defense counsel provide discovery to the people as required by Penal Code Section

15 1054.3.

16

17       Complainant therefore prays that a warrant issue and that said defendant be dealt with according

18 to law. I declare under penalty of perjury under the laws of the State of California, based on information

19 and belief, that the foregoing is true and correct.

20  Dated: November 19, 2019

21

22                        JILL R. RAVITCH
                         DISTRICT ATTORNEY

23                        By:_____

24                        JANE M. MURRAY
                       DEPUTY DISTRICT ATTORNEY

25

26

27

28                            PAGE - 5 -
                     FELONY COMPLAINT