# Exhibit A

```
 1 │ JILL R. RAVITCH, #129787
   │ District Attorney, County of Sonoma
 2 │ Jane M. Murray, #197511
   │ Deputy District Attorney
 3 │ 600 Administration Dr, Room 212J
   │ Santa Rosa, CA 95403
 4 │ Telephone: (707) 565-2311
   │
 5 │ Attorney for the People
 6 │
 7 │            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 8 │                    IN AND FOR THE COUNTY OF SONOMA
 9 │
10 │ THE PEOPLE OF THE STATE OF         │ COURT CASE NO.
   │ CALIFORNIA                         │
11 │                      Plaintiff,    │ FELONY COMPLAINT
   │                                    │ Section(s) PC182(a)(1), PC148(a)(1), PC185,
12 │ vs.                                │             PC602(k), PC273a(b), PC236
   │                                    │ DA CASE NO. 0976552
13 │ GWEN DANIELSON                     │
   │ DOB: ▓▓▓▓▓  ID NO. 670837          │
14 │                                    │
   │ EMMA NAVA BORHANIAN                │ DA CASE NO. 0976553
15 │ DOB: ▓▓▓▓▓  ID NO. 670839          │
16 │ JACK LASOTA                        │ DA CASE NO. 0976554
   │ DOB: ▓▓▓▓▓  ID NO. 670842          │
17 │                                    │
   │ ALEXANDER JEFFREY LEATHAM          │ DA CASE NO. 0976556
18 │ DOB: ▓▓▓▓▓  ID NO. 670846          │
19 │ AKA JANE DOE                       │
   │                       Defendants   │ Appearance Date: November 19, 2019
20 │                                    │ Def: Borhanian 11-25-2019
21 │
22 │     The District Attorney of the County of Sonoma, State of California, hereby accuses the above
23 │ named defendants of the following criminal offenses:
   │                                  COUNT 1
24 │
25 │     On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Conspiracy
26 │ To Commit A Crime in violation of PC182(a)(1), a Felony, was committed in that GWEN
27 │ DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER
28 │                                  PAGE - 1 -
   │                              FELONY COMPLAINT
```

JEFFREY LEATHAM did unlawfully conspire together and with another person and persons whose identity is unknown to commit the crime of Trespass, False Imprisonment, Child Abuse, Resisting Arrest, and Wearing Masks to Avoid Identification, in violation of Section 602(k), 236, 273a(b), 148(a)(1) and 185 of the Penal Code, a felony; that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said Defendants, GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAMs committed the following overt act and acts at and in the County of Sonoma:

1. Co-Conspirators Danielson, Borhanian, Lasota and Leatham formed a plan to travel to 6510 Bohemian Highway in Occidental.
2. Co-conspirators Danielson, Borhanian, Lasota and Leatham traveled and arrived together on November 15, 2019 to 6510 Bohemian Highway.
3. Co-conspirators Danielson, Borhanian, Lasota and Leatham used a school bus and a recreational vehicle to block the ingress and egress roads to the business located at 6510 Bohemian Highway.
4. Co-conspirators Danielson, Borhanian, Lasota and Leatham donned masks, black robes, black gloves and shoe coverings and entered the 200 acre property.
5. Co-conspirators Danielson, Borhanian, Lasota and Leatham were asked to leave the property by the business director and refused.
6. When Sonoma County Sheriff's deputies arrived in response to a call from the director reporting unwanted persons on the property, co-conspirators Danielson, Borhanian, Lasota and Leatham uniformly refused to answer questions or follow directives and had to be physically removed.
7. The co-conspirators actions caused 18 elementary school children present on the property to be directed to shelter in place for a possible active shooter with their teachers until SWAT deputies were able to assure the area was safe resulting in several of the children to suffer unjustifiable physical pain and mental suffering.

## COUNT 2

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Resist, Obstruct, Delay Of Peace Officer Or Emt in violation of PC148(a)(1), a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM did willfully and unlawfully resist, delay and obstruct Deputy Joseph Ricks, Sergeant Brian Parks, Deputy Andrew Gaylord, Deputy Jeremy Lyle and Deputy Bryan

1  Jensen who were then and there peace officers attempting to and discharging the duty of his/her office
2  and employment.

### COUNT 3

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Wearing Masks Or Personal Disguises For Unlawful Purpose in violation of PC185, a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM unlawfully wore any mask, false whiskers, or any personal disguise (whether complete or partial) for the purpose of evading or escaping discovery, recognition, or identification in the commission of any public offense, or concealment, flight, or escape, when charged with, arrested for, or convicted of, any public offense.

### COUNT 4

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Trespass With Intent To Interfere in violation of PC602(k), a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM did unlawfully commit a trespass by entering lands for the purpose of injuring property and property rights and with the intention of interfering with, obstructing, and injuring the lawful business and occupation carried on by the owner of such land, his/her agent, and by the person in lawful possession thereof.

### COUNT 5

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of Cruelty To Child By Inflicting Injury in violation of PC273a(b), a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM did, under circumstances and conditions other than those likely to produce great bodily harm and death, willfully and unlawfully inflict on JANE/JOHN DOE(s), a child of elementary

school age years. unjustifiable physical pain and mental suffering and injure, cause, and permit said child to suffer.

## COUNT 6

On or about November 15, 2019, in the County of Sonoma, State of California, the crime of False Imprisonment (Misdemeanor) in violation of PC236, a Misdemeanor, was committed in that GWEN DANIELSON AND EMMA NAVA BORHANIAN AND JACK LASOTA AND ALEXANDER JEFFREY LEATHAM did unlawfully violate the personal liberty of customers of Westminister Woods Conference Center.

NOTICE: Conviction for these offenses may require you to provide specimens and samples pursuant to Penal Code Section 296 if you are convicted of a felony offense or have a prior qualifying offense in your criminal background. Willful refusal to provide the specimens and samples is a crime.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(1)
    NOTICE: Conviction of this offense will require you to relinquish all firearms you own, possess, or have under your custody or control in the manner provided in Penal Code section 29810.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(1)
NOTICE: Conviction of this offense will require you to relinquish all firearms you own, possess, or have under your custody or control in the manner provided in Penal Code section 29810.

NOTICE: PURSUANT TO PENAL CODE SECTION 29810(a)(2)
    NOTICE: Conviction of this offense will prohibit you from owning, purchasing, receiving, possessing, or having under your custody or control any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines.

PAGE - 4 -
FELONY COMPLAINT

MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the State of California Constitution Section 28. Any victim(s) in any above referenced charge(s) is entitled to be safe and free from intimidation, harassment, and abuse. The defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) is admonished not to use any information contained in the reports to locate or harass any victim or the victim(s)s' family and to not disclose any information that is otherwise privileged and confidential by law. Additionally, it is a misdemeanor violation of Penal Code Section 1054.2(a)(3) to disclose the address and telephone number of a victim or witness to a defendant, defendant's family member, or anyone else. Note exceptions provided in Penal Code Section 1054.2(a)(1) and (2).

Discovery Request: Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the people as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant be dealt with according to law. I declare under penalty of perjury under the laws of the State of California, based on information and belief, that the foregoing is true and correct.

Dated: November 19, 2019

JILL R. RAVITCH
DISTRICT ATTORNEY

By: _____
JANE M. MURRAY
DEPUTY DISTRICT ATTORNEY

PAGE - 5 -
FELONY COMPLAINT