1  Richard W. Osman, State Bar No. 167993
   Asha M. Jameson, State Bar No. 269176
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile: (415) 353-0990
5  Email:    rosman@bfesf.com
             ajameson@bfesf.com
6
7  Attorneys for Defendants
   COUNTY OF SONOMA, JOSEPH RICKS,
8  and DANIEL AGER

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive<br><br>    Defendants. | Case No. 3:21-cv-8854<br><br>**COUNTY DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION TO STAY CIVIL ACTION PENDING CRIMINAL PROSECUTION**<br><br><br>**Hearing Date:** April 22, 2022<br>**Hearing Time:** 9:30 a.m.<br>**Location:** San Francisco Courthouse, Courtroom F – 15th Floor<br>**Judge:** The Honorable Judge Joseph C. Spero |

---

COUNTY DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' REQUEST TO STAY CIVIL ACTION PENDING CRIMINAL PROSECUTION
*Case No.: 3:21-cv-8854*

On March 12, 2022, Plaintiffs GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM (hereinafter, "Plaintiffs") filed a Motion for Stay of Civil Action Pending Criminal Action. (*see* ECF No. 27.) Defendants COUNTY OF SONOMA, JOSEPH RICKS and DANIEL AGER (hereinafter, "County Defendants") hereby file this Non-Opposition to the Motion to Stay. In addition, County Defendants are available for hearing on this matter on April 22, 2022.

Dated:  March 16, 2022                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
     Richard W. Osman
     Asha M. Jameson
     Attorneys for Defendants
     COUNTY OF SONOMA, JOSEPH RICKS, and
     DANIEL AGER

1

COUNTY DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' REQUEST TO STAY CIVIL ACTION PENDING CRIMINAL PROSECUTION
*Case No.: 3:21-cv-8854*