Richard W. Osman, State Bar No. 167993
Asha M. Jameson, State Bar No. 269176
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           ajameson@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, DANIEL AGER,
and JOSEPH RICKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive<br><br>Defendants. | Case No. 3:21-cv-8854<br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AMENDED COMPLAINT AND COUNTY DEFENDANTS' TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br><br><br>**Honorable Judge Joseph C. Spero** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Plaintiffs GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM (hereinafter, "Plaintiffs") may have twenty-one (21) days from the date their requested stay is denied or twenty-one (21) days from the date the stay is lifted to file a first amended complaint, and Defendants COUNTY OF SONOMA, DANIEL AGER, and JOSEPH RICKS (hereinafter, "County Defendants") may have twenty-one (21) days from the date the first amended complaint is filed to respond to the operative complaint.

Currently, County Defendants' responsive pleading is due on April 4, 2022. Counsel for the parties met and conferred regarding perceived deficiencies in the original complaint and Plaintiffs' counsel indicated his intention to file an amended complaint. Additionally, Plaintiffs' counsel has filed a motion to stay these civil proceedings pending resolution of Plaintiffs' state criminal prosecution for alleged crimes committed during the same November 15, 2019 arrest and detention at issue in this civil action. (*see* ECF No. 27.) County Defendants indicated their agreement to, and non-opposition of, the motion to stay these civil proceedings. Therefore, the parties agreed that Plaintiffs shall have twenty-one (21) days from the date the stay is denied, or twenty-one (21) days from the date the stay is lifted to file a first amended complaint, and County Defendants shall have twenty-one (21) days from the date Plaintiffs file their amended complaint to file a responsive pleading.

No prior extensions have been obtained by the parties and the stipulation will not alter any event or deadline currently fixed by court order.

Pursuant to Local Rule 6-1(a), "Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…may be filed without approval of the court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court. No open extensions of time by stipulation of the parties will be recognized."

Considering the parties are requesting an extension of more than twenty-eight (28) days, the parties seek leave of court. Good cause exists for the requested extension considering the deficiencies in the operative complaint, and the pending criminal matter and the doctrine set forth in *Heck v. Humphrey,* 512 U.S. 477 (1994) and its progeny, as well as the *Younger v. Harris*, 401 U.S. 37 (1971) abstention

doctrine, as a stay is warranted to prevent a collateral attack on the criminal proceedings in this civil forum.

**NOW, THEREFORE**, the parties hereby submit this stipulated request that Plaintiffs shall have twenty-one (21) days from the date the stay is denied or twenty-one (21) days from the date the stay is lifted to file a first amended complaint, and County Defendants shall have twenty-on (21) days from the date the first amended complaint is filed to file a responsive pleading.

Dated: March 16, 2022                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                              By:  /s/ Richard W. Osman
                                                   Richard W. Osman
                                                   Asha M. Jameson
                                                   Attorneys for Defendant
                                                   COUNTY OF SONOMA, DANIEL AGER, and
                                                   JOSEPH RICKS

Dated: March 16, 2022                         JEROLD D. FRIEDMAN


                                              By:  /s/ Jerold D. Friedman
                                                   Jerold D. Friedman
                                                   Attorneys for Plaintiffs


### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: March 16, 2022                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                              /s/ Richard W. Osman
                                              Richard W. Osman

# ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiffs' deadline to file a first amended complaint is twenty-one (21) days after their requested stay is denied or lifted, and County Defendants' deadline to respond to Plaintiffs' operative complaint is twenty-one (21) days from the date the first amended complaint is filed.

**IT IS SO ORDERED.**

Dated: March 17, 2022

_____
JOSEPH C. SPERO
UNITED STATES ~~DISTRICT~~ JUDGE
CHIEF MAGISTRATE