Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:   (415) 981-5411
Facsimile:    (415) 981-0352

Attorneys for Defendant
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
Corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES, an individual and OLIVIA
LONGSTAFF, an individual

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**DEFENDANTS' PROPOSED ORDER DENYING PLAINTIFFS' MOTION TO STAY CIVIL ACTION PENDING CRIMINAL PROCEEDINGS**<br><br>Date: April 22, 2022<br>Time: 9:30 a.m.<br>Courtroom:  F |

Plaintiffs' motion to stay this civil action pending the resolution of their criminal prosecution in Sonoma County at issue in the civil action, came before this Court on or about April 22, 2022. After full consideration of the moving papers and supporting documents, and opposition and opposing arguments, the Court finds that the Plaintiffs' motion for stay is hereby DENIED pending hearing and this Court's decision on Defendants' motion to dismiss pursuant

to Rule 12(b)(6).

After reviewing the moving papers and Opposition the factors outlined in *Keating v. Off. of Thrift Supervision*, 45 F.3d 322, 324–25 (9th Cir. 1995) weigh in favor of Defendants' argument against a stay in this action prior to a ruling of Defendants' motion to dismiss.

Defendants' 12(b)(6) motion to dismiss and 12(f) motion to strike will be heard and ruled on prior to the ruling of a stay of this action pending resolution of Plaintiffs' criminal prosecution in Sonoma County.

It is so ORDERED.

Dated: _____

Dated: _____

HON. JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT