1  Richard W. Osman, State Bar No. 167993
   Asha M. Jameson, State Bar No. 269176
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
5  Email:    rosman@bfesf.com
             ajameson@bfesf.com
6
7  Attorneys for Defendants
   COUNTY OF SONOMA, DANIEL AGER,
8  and JOSEPH RICKS

9

10                    UNITED STAES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12  GWEN DANIELSON, EMMA BORHANIAN,          Case No. 3:21-cv-8854
    JACK LASOTA, and ALEXANDER
13  LEATHAM,
                                             JOINT STIPULATION TO CONTINUE CASE
14          Plaintiff,                       MANAGEMENT CONFERENCE; [PROPOSED]
                                             COURT ORDER
15  v.

16
    COUNTY OF SONOMA, CALIFORNIA, a          Date:      April 22, 2022
17  California Subdivision; WESTMINSTER      Time:      2:00 p.m.
    WOODS, an unknown business entity;       Judge:     Honorable Judge Joseph C. Spero
18  DEPUTY JOSEPH L. RICKS, DEPUTY           Location:  San Francisco Courthouse, 450 Golden
    DANIEL AGER, each in their individual               Gate Avenue, San Francisco, CA 94102,
19  capacity; CHRISTOPHER RHODES; OLIVIA                Courtroom F – 15th Floor
20  LONGSTAFF; and Does 1–10, inclusive

21          Defendants.

22

23         IT IS HEREBY STIPULATED by and between Plaintiffs GWEN DANIELSON, EMMA

24  BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM, and Defendants COUNTY OF

25  SONOMA, JOSEPH RICKS, DANIEL AGER, WESTMINSTER WOODS, CHRISTOPHER RHODES,

26  and OLIVIA LONGSTAFF through their respective attorneys of record, as follows:

27         1.     That Plaintiffs filed their Complaint on November 15, 2021, against the County of

28         Sonoma, Joseph Ricks and Daniel Ager ("Governmental Defendants") and Westminster

                                               1

Woods, Christopher Rhodes and Oliva Longstaff ("Nongovernmental Defendants"), ECF No. 1;

2. That the Nongovernmental Defendants filed a 12(b)(6) motion to dismiss/motion to strike on March 8, 2022, ECF No. 23;

3. That Plaintiffs filed a motion to stay this civil action on March 12, 2022, ECF No. 27;

4. That Plaintiffs and the Governmental Defendants filed a stipulation to extend Plaintiffs' time to file an amended complaint and Governmental Defendants time to respond to the operative complaint on March 17, 2022, ECF No. 30;

5. That the Court stayed the 12(b)(6) motion to dismiss/strike on March 17, 2022, ECF No. 32;

6. That the hearing on the motion to stay is set for April 22, 2022 at 9:30 a.m. in the above referenced courtroom;

7. That the initial Case Management Conference is currently scheduled for April 22, 2022 at 2:00 p.m. in the above referenced courtroom;

8. That the Parties agree that the present Case Management Conference should be continued to a date after April 22, 2022 in order to resolve the motion to stay and facilitate the efficient use of the Court and the Parties' resources.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 15, 2022                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:  */s/ Richard W. Osman*
    Richard W. Osman
    Asha M. Jameson
    Attorneys for Defendants
    COUNTY OF SONOMA, DANIEL AGER, and
    JOSEPH RICKS

//
//
//

STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Case No.: 3:21-cv-8854*

Dated:  April 15, 2022                    BLEDSOE, DIESTEL, TREPPA, & CRANE, LLP


                                          By:   */s/ Nicholas D. Syren*
                                                Richard S. Diestel
                                                Nicolas D. Syren
                                                Attorneys for Defendants
                                                WESTMINSTER WOODS, CHRISTOPHER
                                                 RHODES, and OLIVIA LONGSTAFF


Dated:  April 15, 2022                    JEROLD D. FRIEDMAN


                                          By:   */s/ Jerold d. Friedman*
                                                Jerold D. Friedman
                                                Attorneys for Plaintiffs
                                                GWEN DANIELSON, EMMA BORHANIAN,
                                                JACK LASOTA, and ALEXANDER
                                                LEATHAM,


                        **ELECTRONIC CASE FILING ATTESTATION**

        I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 15, 2022                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                       */s/ Richard W. Osman*
                                       Richard W. Osman

STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Case No.: 3:21-cv-8854*

1

**[PROPOSED] ORDER**

2

Based on the foregoing stipulation of the parties and for good cause shown, the Case

3

Management Conference scheduled for April 22, 2022 at 2:00 p.m. is hereby ordered continued to

4

_____, at _____ .m.

5

**IT IS SO ORDERED.**

6

Dated: _____

7

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Case No.: 3:21-cv-8854*