Richard W. Osman, State Bar No. 167993
Asha M. Jameson, State Bar No. 269176
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       rosman@bfesf.com
                   ajameson@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, DANIEL AGER,
and JOSEPH RICKS

UNITED STAES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF; and Does 1–10, inclusive<br><br>        Defendants. | Case No. 3:21-cv-8854<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] COURT ORDER**<br><br>Date:       April 22, 2022<br>Time:      2:00 p.m.<br>Judge:     Honorable Judge Joseph C. Spero<br>Location: San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom F – 15th Floor |

IT IS HEREBY STIPULATED by and between Plaintiffs GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM, and Defendants COUNTY OF SONOMA, JOSEPH RICKS, DANIEL AGER, WESTMINSTER WOODS, CHRISTOPHER RHODES, and OLIVIA LONGSTAFF through their respective attorneys of record, as follows:

1. That Plaintiffs filed their Complaint on November 15, 2021, against the County of Sonoma, Joseph Ricks and Daniel Ager ("Governmental Defendants") and Westminster

|   |   |   |
|---|---|---|
|   |   | Woods, Christopher Rhodes and Oliva Longstaff ("Nongovernmental Defendants"), ECF No. 1; |
|   | 2. | That the Nongovernmental Defendants filed a 12(b)(6) motion to dismiss/motion to strike on March 8, 2022, ECF No. 23; |
|   | 3. | That Plaintiffs filed a motion to stay this civil action on March 12, 2022, ECF No. 27; |
|   | 4. | That Plaintiffs and the Governmental Defendants filed a stipulation to extend Plaintiffs' time to file an amended complaint and Governmental Defendants time to respond to the operative complaint on March 17, 2022, ECF No. 30; |
|   | 5. | That the Court stayed the 12(b)(6) motion to dismiss/strike on March 17, 2022, ECF No. 32; |
|   | 6. | That the hearing on the motion to stay is set for April 22, 2022 at 9:30 a.m. in the above referenced courtroom; |
|   | 7. | That the initial Case Management Conference is currently scheduled for April 22, 2022 at 2:00 p.m. in the above referenced courtroom; |
|   | 8. | That the Parties agree that the present Case Management Conference should be continued to a date after April 22, 2022 in order to resolve the motion to stay and facilitate the efficient use of the Court and the Parties' resources. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 15, 2022                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
Richard W. Osman
Asha M. Jameson
Attorneys for Defendants
COUNTY OF SONOMA, DANIEL AGER, and
JOSEPH RICKS

//
//
//

| | |
|---|---|
| Dated: April 15, 2022 | BLEDSOE, DIESTEL, TREPPA, & CRANE, LLP |
| | By: */s/ Nicholas D. Syren* <br> Richard S. Diestel <br> Nicolas D. Syren <br> Attorneys for Defendants <br> WESTMINSTER WOODS, CHRISTOPHER RHODES, and OLIVIA LONGSTAFF |
| Dated: April 15, 2022 | JEROLD D. FRIEDMAN |
| | By: */s/ Jerold d. Friedman* <br> Jerold D. Friedman <br> Attorneys for Plaintiffs <br> GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, and ALEXANDER LEATHAM, |

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 15, 2022         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard W. Osman*
Richard W. Osman

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation of the parties and for good cause shown, the Case Management Conference scheduled for April 22, 2022 at 2:00 p.m. is hereby ordered continued to _____, at _____ .m.

**IT IS SO ORDERED.**

Dated: April 18, 2022

**DENIED**

/s/ Judge Joseph C. Spero

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE