1  Richard W. Osman, State Bar No. 167993
2  Asha M. Jameson, State Bar No. 269176
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email:     rosman@bfesf.com
              ajameson@bfesf.com
6
7  Attorneys for Defendants
   COUNTY OF SONOMA, DANIEL AGER,
8  and JOSEPH RICKS

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  GWEN DANIELSON, EMMA BORHANIAN,        Case No. 3:21-cv-8854
    JACK LASOTA, and ALEXANDER
13  LEATHAM,                               **NOTICE OF APPEARANCE OF COUNSEL**

14        Plaintiff,

15  v.

16
    COUNTY OF SONOMA, CALIFORNIA, a
17  California Subdivision; WESTMINSTER
    WOODS, an unknown business entity;
18  DEPUTY JOSEPH L. RICKS, DEPUTY
    DANIEL AGER, each in their individual
19  capacity; CHRISTOPHER RHODES; OLIVIA
    LONGSTAFF; and Does 1–10, inclusive
20                                         **Honorable Judge Joseph C. Spero**
21        Defendants.

22

23

24

25

26

27

28

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2      Please take notice that Asha Jameson of Bertrand, Fox, Elliot, Osman & Wenzel, 2749 Hyde

3   Street, San Francisco, California, 94109, hereby appears as counsel on behalf of defendants COUNTY

4   OF SONOMA, DANIEL AGER, and JOSEPH RICKS.

5      All pleadings and other documents in this action should also be directed to the attention of said

6   counsel.

7

8

9   Dated:  May 12, 2022                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

10

11                                               By:    _/s/ Richard W. Osman_____

12                                                      Richard W. Osman
                                                        Attorneys for Defendants
13                                                      COUNTY OF SONOMA, DANIEL AGER,
                                                        and JOSEPH RICKS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF APPEARANCE OF COUNSEL
*Case No.: 3:21-cv-8854*