Jerold D. Friedman (SBN: 290434)
  jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

Richard W. Osman (SBN: 167993)
Asha Jameson (SBN: 269176)
**BERTRAND FOX ELLIOT OSMAN + WENZEL**
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Tel: (415) 353-0999

Attorneys for Defendants
COUNTY OF SONOMA, DEPUTY
JOSEPH L. RICKS, DEPUTY DANIEL AGER

Richard S. Diestel (SBN: 095059)
Nicholas D. Syren (SBN: 334807)
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:    (415) 981-5411
Facsimile:    (415) 981-0352

Attorneys for Defendants
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER; CHRISTOPHER RHODES,
and OLIVIA LONGSTAFF

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>  Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**JOINT STATUS REPORT REGARDING STATUS OF PLAINTIFFS' CRIMINAL PROCEEDINGS**<br><br>*Hon. Joseph C. Spero*<br><br>Date:   August 19, 2022<br>Time:   2:00 a.m.<br>Courtroom: F |

TO THE HONORABLE CHIEF MAGISTRATE JUDGE SPERO:

On April 19, 2022, the Court granted Plaintiffs' request for stay of the instant civil case pending the outcome of the criminal charges pending against Plaintiffs (Doc. No. 39, p.9, ln.24–25). The Court then ordered a status report to be filed by August 12, 2022, if the criminal matter had not been resolved by then (*id*.). Defendants Westminster Woods Camp and Conference Center, Christopher Rhodes and Olivia Longstaff's 12(b)(6) Motion to Dismiss is pending upon the lifting of the stay. (Doc No. 23).

Each Plaintiff's criminal charges remain pending. Their individual status is indicated below.

*People v. **Gwen Danielson*** (Case No. SCR-733198-1). On April 11, 2022, a bench warrant was issued for her nonappearance in the criminal matter. *See* Exhibit A, *10.

*People v. **Emma Borhanian*** (Case No. SCR-733198-2). On August 23, 2022, Superior Court, County of Sonoma, Judge Honigsberg will set the Preliminary Hearing. *See* Exhibit B, *11.

*People v. **Jack LaSota*** (Case No. SCR-733198-4). On August 23, 2022, Superior Court, County of Sonoma, Judge Honigsberg will set the Preliminary Hearing. *See* Exhibit C, *10.

*People v. **Alexander Leatham*** (Case No. SCR-733198-4). On August 23, 2022, Superior Court, County of Sonoma, Judge Honigsberg will set the Preliminary Hearing. *See* Exhibit D, *11.

Plaintiffs request that the stay remain in place at this time.


Dated: August 11, 2022                                By:
                                                                  */s/ Jerold D. Friedman*
                                                                  Jerold D. Friedman
                                                                  Attorney for Plaintiffs

//
//
//

|   |   |
|---|---|
| | */s/ Asha Jameson* |
| | Asha Jameson |
| | Attorney for Defendants |
| | County of Sonoma, |
| | Deputy Joseph L. Ricks, |
| | Deputy Daniel Ager |
| | |
| | */s/ Nicholas D. Syren* |
| | Nicholas D. Syren |
| | Attorney for Defendants |
| | Westminster Woods Camp And |
| | Conference Center; Christopher Rhodes, |
| | and Olivia Longstaff |