Jerold D. Friedman (SBN: 290434)
 jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al., | Case No.: 3:21-cv-8854-JCS |
| Plaintiffs, | **EXHIBIT A** |
| v. | *Hon. Joseph C. Spero* |
| COUNTY OF SONOMA, CALIFORNIA, et al., | Date:   August 19, 2022 |
| Defendants. | Time:  2:00 a.m. |
| | Courtroom: F |

## Case Information

SCR-733198-1 | People vs. DANIELSON, GWEN

Case Number
SCR-733198-1

Court
Criminal

File Date
11/19/2019

Case Type
Felony

Case Status
Filed

## Party

Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

Active Attorneys ▾
Lead Attorney
Sonoma County District Attorney

Defendant
DANIELSON, GWEN

DOB
XX/XX/XXXX

## Charge

Charges
DANIELSON, GWEN

|  | | Description | Statute | Level | Date |
|---|---|---|---|---|---|
| | 001 | CONSPIRACY:COMMIT CRIME | 182(a)(1) | *Felony | 11/15/2019 |
| | 002 | OBSTRUCT/ETC PUB OFCR/ETC | 148(a)(1) | *Misdemeanor | 11/15/2019 |
| | 003 | WEAR MASK UNLAWFL PURPOSE | 185 | *Misdemeanor | 11/15/2019 |
| | 004 | T/PSS:POSTED LAND | 602(k) | *Misdemeanor | 11/15/2019 |
| | 005 | WILLFUL CRUELTY TO CHILD | 273a(b) | *Misdemeanor | 11/15/2019 |

| 006 | FALSE IMPRISONMENT | 236 | *Misdemeanor | 11/15/2019 |

## Events and Hearings

11/19/2019 On View ▾

Judicial Officer
Urioste, Mark A.

Hearing Time
1:30 PM

Result
Held

Comment
Hearing Added successfully using Integration with Justicehub

11/19/2019 Complaint Filed ▾

Judicial Officer
Urioste, Mark A.

11/19/2019 Defendant arraigned on Complaint by Court /Stipulation ▾

Judicial Officer
Urioste, Mark A.

11/20/2019 Bail Bond Filed ▾

Comment
PC15-0141156

11/25/2019 Plea ▾

Judicial Officer
Guynup, Gayle C

Hearing Time
8:30 AM

Result
Held

12/11/2019 Counsel ▾

Judicial Officer
Urioste, Mark A.

Hearing Time
8:30 AM

Result
Held

Comment
Plea

---

12/11/2019 Document - Filed ▼

Comment
Waiver of Conflict of Interest

---

01/08/2020 Further Arraignment ▼

Judicial Officer
Simonds, Dana Beernink

Hearing Time
8:30 AM

Result
Held

---

01/08/2020 Not able to settle matter in ECR. Assigned to Department 2 ▼

Judicial Officer
Simonds, Dana
Beernink

Comment
for all purposes.

---

01/16/2020 Further Arraignment ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Demurrer

---

02/18/2020 Plea ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Set Preliminary Hearing

03/10/2020 Further Proceedings ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Possible discovery issue; Plea; to set PX

03/10/2020 Waiver of Personal Appearance

04/17/2020 Document - Filed ▼

Comment
Objection To Subpoena Duces Tecum; Motion To Quash; Memorandum of P&A

04/17/2020 Declaration in Support

05/29/2020 Notice of Hearing ▼

Comment
NOTICE OF RE-SETTING HEARING

06/19/2020 Motion ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Quash/Demurrer

07/27/2020 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

09/28/2020 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Last Continuance; Plea

09/28/2020 Court Grants Defense Motion to Continue under 1050 PC ▼

Judicial Officer
Averill, Shelly J

11/30/2020 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea

12/28/2020 Appearance of Counsel ▼

Judicial Officer
Nakahara, Vernon K

Hearing Time
8:30 AM

Result
Held

Comment
Plea

01/25/2021 Appearance of Defendant ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
appearance of counsel

---

02/23/2021 Appearance of Defendant ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of Counsel

---

03/23/2021 Plea ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
set Preliminary Hearing

---

04/07/2021 Notice of ▼

Comment
Defendants' Notice of Demurrer & Demurrer to Accusatory Pleading with Memorandum of Points & Authorities - Filed

---

04/27/2021 People's Opposition to Defendant's ▼

Comment
Demurrer

---

05/20/2021 Reply Filed ▼

Comment
To The People's Opposition

---

05/26/2021 Demurrer ▼

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

05/26/2021 Bail Bond Exonerated

05/26/2021 Motion - Filed ▾

Comment
Defendants' Motion for Exonerating of Bail and to be Released on Own Recognizance

06/03/2021 Further Proceedings ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
plea; set PX

07/02/2021 Appearance of Counsel ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea; set PX; Defendant ordered to appear

07/02/2021 Document - Filed ▾

Comment
People's Opposition to Defendants' Second Demurrer (PC Sect. 1004)

07/23/2021 Proof of Service - Filed

07/27/2021 Appearance of Counsel ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

07/27/2021 Motion - Filed ▼

Comment

Gwen Danielson's Notice of Motion and Motion for Rehearing of Defendants' Demurrer on the basis of
Ineffective Counsel with Memorandum of Points and Authorities

08/27/2021 Reporters Transcript Filed ▼

Comment

Proceedings of 12/11/19, by M Murray; no copies

09/21/2021 Calendar Control ▼

Judicial Officer

Averill, Shelly J

Hearing Time

8:30 AM

Result

Held

Comment

Appearance of Counsel

11/05/2021 Document - Filed ▼

Comment

So Co Sheriffs Office's Reply

11/05/2021 Reply Filed ▼

Comment

To Defendant's Opposition

11/17/2021 Motion ▼

Judicial Officer

Averill, Shelly J

Hearing Time

8:30 AM

Cancel Reason

Vacated

11/17/2021 Motion ▼

Judicial Officer

Averill, Shelly J

Hearing Time

1:30 PM

Result
Held

Comment
Motion to Quash

11/17/2021 Motion - Filed ▼

Comment
Verified Statement of Disqualification of Judge Shelly Averill with Notice of Motion, Motion, and Memorandum of Points and Authorities (Code of Civ. Proc section 170.1(a)(6)(A), 170.3(e)(5))

11/24/2021 Document - Filed ▼

Comment
Alexander Leathams' Second Verified Statement of Disqualification of Judge Shelly Averill with Notice, Motion for Dismissal, Recusal or Disqualification, and Memorandum of Points and Authorities( CCP 170.1(a)(6), 170.3(c), 28U.S.C. 445(a))

11/29/2021 Notice of ▼

Comment
Motion & Motion for peremptory challenge with memorandum of points and authorities(code of civ. proc. 170.6) FILED

11/29/2021 Document - Filed ▼

Comment
Verified Answer of Shelly J. Averill to the Challenge for Cause; Memorandum of Points and Authorities

12/06/2021 Proof of Service - Filed

12/09/2021 Order ▼

Judicial Officer
Shaffer, Troye K.

Comment
Order on Declaration of Prejudice Under Section 170.6

01/26/2022 Motion ▼

Judicial Officer
Husing, Sylvia L

Hearing Time
1:30 PM

Result
Held

Comment
Quash

03/04/2022 Ruling ▼

Comment
Ruling on Disqualification of Judge Shelly J. Averill

03/07/2022 Motion ▼

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
to Quash; Faretta

04/11/2022 Motion ▼

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
TO QUASH, FARETTA Hearing

04/11/2022 Bail Bond Exonerated

04/11/2022 Warrant Issued