Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, CALIFORNIA, et al., <br><br> Defendants. | Case No.: 3:21-cv-8854-JCS <br><br> **EXHIBIT B** <br><br> *Hon. Joseph C. Spero* <br><br> Date:  August 19, 2022 <br> Time:  2:00 a.m. <br> Courtroom: F |

# Case Information

SCR-733198-2 | People vs. BORHANIAN, EMMA NAVA

Case Number
SCR-733198-2

Court
Criminal

File Date
11/19/2019

Case Type
Felony

Case Status
Filed

# Party

Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

Active Attorneys ▼
Lead Attorney
Sonoma County District Attorney

Defendant
BORHANIAN, EMMA NAVA

DOB
XX/XX/XXXX

# Charge

Charges
BORHANIAN, EMMA NAVA

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 001 | CONSPIRACY:COMMIT CRIME | 182(a)(1) | *Felony | 11/15/2019 |
| 002 | OBSTRUCT/ETC PUB OFCR/ETC | 148(a)(1) | *Misdemeanor | 11/15/2019 |
| 003 | WEAR MASK UNLAWFL PURPOSE | 185 | *Misdemeanor | 11/15/2019 |
| 004 | T/PSS:POSTED LAND | 602(k) | *Misdemeanor | 11/15/2019 |
| 005 | WILLFUL CRUELTY TO CHILD | 273a(b) | *Misdemeanor | 11/15/2019 |

| 006 | FALSE IMPRISONMENT | 236 | *Misdemeanor | 11/15/2019 |

## Events and Hearings

**11/18/2019 Bail Bond Filed** ▾

   Comment
AD-01029804

**11/19/2019 On View** ▾

Judicial Officer
Urioste, Mark A.

Hearing Time
1:30 PM

Cancel Reason
Party Bailed to Appear, Cite To Appear, PTR, OR

Comment
Canceled due to one of the Case Flags added

**11/19/2019 Complaint Filed** ▾

   Judicial Officer
Urioste, Mark A.

**11/25/2019 Bail to Appear** ▾

Judicial Officer
Guynup, Gayle C

Hearing Time
8:30 AM

Result
Held

**12/11/2019 Counsel** ▾

Judicial Officer
Urioste, Mark A.

Hearing Time
8:30 AM

Result
Held

Comment
Further Arraignment

**12/11/2019 Document - Filed** ▾

Comment
Waiver of Conflict of Interest

**01/08/2020 Further Arraignment** ▾

Original Type
Further Arraignment

Judicial Officer
Simonds, Dana Beernink

Hearing Time
8:30 AM

Result
Held

**01/08/2020 Not able to settle matter in ECR. Assigned to Department 2** ▾

Judicial Officer
Simonds, Dana Beernink

Comment
for all purposes.

**01/16/2020 Further Arraignment** ▾

Original Type
Further Arraignment

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Demurrer

**02/18/2020 Plea** ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Set Preliminary Hearing

### 03/10/2020 Further Proceedings ▼

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

**Result**
Held

**Comment**
Possible discovery issue; Plea; to set PX

### 03/10/2020 Waiver of Personal Appearance

### 04/17/2020 Document - Filed ▼

**Comment**
Objection To Subpoena Duces Tecum; Motion To Quash; Memorandum of P&A

### 04/17/2020 Declaration in Support ▼

**Comment**
Filed

### 05/29/2020 Notice of Hearing ▼

**Comment**
NOTICE RE-SETTING HEARING

### 06/19/2020 Motion ▼

**Original Type**
Motion

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

**Result**
Held

**Comment**
Quash/Demurrer

### 07/27/2020 Appearance of Counsel ▼

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

Result
Held

09/28/2020 Appearance of Counsel ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Last Continuance; Plea

09/28/2020 Court Grants Defense Motion to Continue under 1050 PC ▾

   Judicial Officer
   Averill, Shelly J

11/30/2020 Appearance of Counsel ▾

Original Type
Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea

12/28/2020 Appearance of Counsel ▾

Judicial Officer
Nakahara, Vernon K

Hearing Time
8:30 AM

Result
Held

Comment
Plea

01/25/2021 Appearance of Defendant ▾

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
appearance of counsel

02/23/2021 Appearance of Defendant ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of Counsel

03/23/2021 Plea ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
set Preliminary Hearing

04/07/2021 Notice of ▼

Comment
Defendants' Notice of Demurrer & Demurrer to Accusatory Pleading with Memorandum of Points & Authorities - Filed

04/27/2021 People's Opposition to Defendant's ▼

Comment
Demurrer

05/20/2021 Reply Filed ▼

Comment
To The People's Opposition

05/26/2021 Demurrer ▼

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

05/26/2021 Bail Bond Exonerated

06/03/2021 Further Proceedings ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
plea; set PX

07/02/2021 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea; set PX; Defendant ordered to appear

07/02/2021 Document - Filed ▼

Comment
People's Opposition to Defendants' Second Demurrer (PC Sect. 1004)

07/23/2021 Proof of Service - Filed

07/27/2021 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

08/27/2021 Reporters Transcript Filed ▼

    Comment
    Proceedings of 12/11/19, by M Murray; no copies

09/21/2021 Calendar Control ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of counsel

11/05/2021 Document - Filed ▼

    Comment
    So Co Sheriff's Office's Reply

11/05/2021 Reply Filed ▼

    Comment
    To Defendant's Opposition

11/17/2021 Motion ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Cancel Reason
Vacated

11/17/2021 Motion ▼

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

Comment
Motion to Quash

12/09/2021 Order ▼

| Judicial Officer | Comment |
|---|---|
| Shaffer, Troye K. | Order on Declaration of Prejudice Under Section 170.6 |

01/26/2022 Motion ▾

Judicial Officer
Husing, Sylvia L

Hearing Time
1:30 PM

Result
Held

Comment
to Quash

03/07/2022 Motion ▾

Original Type
Motion

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
to Quash; Faretta

04/11/2022 Motion ▾

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
TO QUASH, FARETTA Hearing

04/26/2022 Plea ▾

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

Comment
TO SET PRELIM

**04/26/2022 Document - Filed** ▼

Comment
Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities [Code of Civ. Proc. Section 170.1(a)(6)(A)(iii), 170.35(c)(5)]

**04/26/2022 Document - Filed** ▼

Comment
Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities [Code of Civ. Proc. Section 170.1(a)(6)(A)(iii), 170.3(c)(5)]

**05/06/2022 Order** ▼

| Judicial Officer | Comment |
|---|---|
| Honigsberg, Christopher M. | Order Striking "Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities," Alternative Verified Answer of Judge Christopher Honigsberg |

**05/06/2022 Order** ▼

| Judicial Officer | Comment |
|---|---|
| Honigsberg, Christopher M. | Order Striking "Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities," Alternative Verified Answer of Judge Christopher Honigsberg |

**05/19/2022 Plea** ▼

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

05/19/2022 Faretta advisement given re: counsel and waived

05/19/2022 Faretta Waiver Filed

**07/29/2022 Motion - Filed** ▼

Comment
Motion for Joinder

**07/29/2022 Motion - Filed** ▼

Comment
Motion to Compel Discovery Compliance and Brady Motion

#### 07/29/2022 Motion - Filed ▼

Comment
Motion to Dismiss or address grievances for multiple reasons including outrageous governmental conduct

#### 07/29/2022 Motion - Filed ▼

Comment
Demurrer

#### 07/29/2022 Motion - Filed ▼

Comment
Motion for Rehearing of Defendants' demurrer on the basis of ineffective counsel

#### 08/23/2022 Plea ▼

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Comment
Set PX