Jerold D. Friedman (SBN: 290434)
    jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**EXHIBIT C**<br><br>*Hon. Joseph C. Spero*<br><br>Date:   August 19, 2022<br>Time:   2:00 a.m.<br>Courtroom: F |

# Case Information

SCR-733198-3 | People vs. LASOTA, JACK

| | | |
|---|---|---|
| Case Number<br>SCR-733198-3 | Court<br>Criminal | |
| File Date<br>11/19/2019 | Case Type<br>Felony | Case Status<br>Filed |

# Party

| | |
|---|---|
| Plaintiff<br>THE PEOPLE OF THE STATE OF CALIFORNIA | Active Attorneys ▼<br>Lead Attorney<br>Sonoma County District Attorney |
| Defendant<br>LASOTA, JACK<br>DOB<br>XX/XX/XXXX | Active Attorneys ▼<br>Lead Attorney<br>Kapelovitz, Daniel Ignace<br>Retained |

# Charge

Charges
LASOTA, JACK

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 001 | CONSPIRACY:COMMIT CRIME | 182(a)(1) | *Felony | 11/15/2019 |
| 002 | OBSTRUCT/ETC PUB OFCR/ETC | 148(a)(1) | *Misdemeanor | 11/15/2019 |
| 003 | WEAR MASK UNLAWFL PURPOSE | 185 | *Misdemeanor | 11/15/2019 |
| 004 | T/PSS:POSTED LAND | 602(k) | *Misdemeanor | 11/15/2019 |
| 005 | WILLFUL CRUELTY TO CHILD | 273a(b) | *Misdemeanor | 11/15/2019 |

| 006 | FALSE IMPRISONMENT | 236 | *Misdemeanor | 11/15/2019 |

## Events and Hearings

**11/19/2019 On View** ▾

Original Type
On View

Judicial Officer
Urioste, Mark A.

Hearing Time
1:30 PM

Result
Held

Comment
Hearing Added successfully using Integration with Justicehub

**11/19/2019 Complaint Filed** ▾

Judicial Officer
Urioste, Mark A.

**11/20/2019 Bail Bond Filed** ▾

Comment
AB-01032910

**11/25/2019 Plea** ▾

Judicial Officer
Guynup, Gayle C

Hearing Time
8:30 AM

Result
Held

**12/11/2019 Counsel** ▾

Judicial Officer
Urioste, Mark A.

Hearing Time
8:30 AM

Result
Held

    Comment
    Further Arraignment

12/11/2019 Document - Filed ▼

    Comment
    Waiver of Conflict of Interest

01/08/2020 Further Arraignment ▼

Original Type
Further Arraignment

Judicial Officer
Simonds, Dana Beernink

Hearing Time
8:30 AM

Result
Held

01/08/2020 Not able to settle matter in ECR. Assigned to Department 2 ▼

    Judicial Officer              Comment
    Simonds, Dana               for all purposes.
    Beernink

01/16/2020 Further Arraignment ▼

Original Type
Further Arraignment

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Demurrer

02/18/2020 Plea ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Set Preliminary Hearing

03/10/2020 Further Proceedings ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Possible discovery issue; Plea; to set PX

03/10/2020 Waiver of Personal Appearance

04/17/2020 Document - Filed ▼

Comment
Objection To Subpoena Duces Tecum; Motion To Quash; Memorandum of P&A

04/17/2020 Declaration in Support ▼

Comment
Filed

06/19/2020 Motion ▼

Original Type
Motion

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Quash/Demurrer

07/27/2020 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

### 09/28/2020 Appearance of Counsel ▾

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

**Result**
Held

**Comment**
Last Continuance; Plea

### 09/28/2020 Court Grants Defense Motion to Continue under 1050 PC ▾

**Judicial Officer**
Averill, Shelly J

### 11/30/2020 Appearance of Counsel ▾

**Original Type**
Appearance of Counsel

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

**Result**
Held

**Comment**
Plea

### 12/28/2020 Appearance of Counsel ▾

**Judicial Officer**
Nakahara, Vernon K

**Hearing Time**
8:30 AM

**Result**
Held

**Comment**
Plea

### 01/25/2021 Appearance of Defendant ▾

**Judicial Officer**
Averill, Shelly J

**Hearing Time**
8:30 AM

Result
Held

Comment
appearance of counsel

02/23/2021 Appearance of Defendant ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of Counsel

03/23/2021 Plea ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
set Preliminary Hearing

04/07/2021 Notice of ▼

Comment
Defendants' Notice of Demurrer & Demurrer to Accusatory Pleading with Memorandum of Points & Authorities - Filed

04/27/2021 People's Opposition to Defendant's ▼

Comment
Demurrer

05/20/2021 Reply Filed ▼

Comment
To THe People's Opposition

05/26/2021 Demurrer ▼

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

05/26/2021 Bail Bond Exonerated

06/03/2021 Further Proceedings ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
plea; set PX

07/02/2021 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea; set PX; Defendant ordered to appear

07/02/2021 Document - Filed ▼

   Comment
   People's Opposition to Defendants' Second Demurrer (PC Sect. 1004)

07/23/2021 Proof of Service - Filed

07/27/2021 Appearance of Counsel ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

08/27/2021 Reporters Transcript Filed ▼

Comment
Proceedings of 12/11/19, by M Murray; no copies

## 09/21/2021 Calendar Control ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

## 10/20/2021 Opposition ▼

Comment
to the Sonoma County Sheriff's Office's Motion to Quash Subpoena Duces Tecum; Memorandum of Points and Authorities - Filed

## 11/05/2021 Document - Filed ▼

Comment
So Co Sheriff's Office's Reply

## 11/05/2021 Reply Filed ▼

Comment
To Defendant's Opposition To Motion

## 11/08/2021 1050 PC Motion - Filed by the Defense ▼

Judicial Officer
Averill, Shelly J

Comment
Placed on Dept 2 JA shelf in Criminal

## 11/17/2021 Motion to Continue ▼

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
filed 11/8

## 11/17/2021 Motion ▼

Judicial Officer
Averill, Shelly J

**Hearing Time**
1:30 PM

**Cancel Reason**
Vacated

**Comment**
Motion to Quash

## 12/09/2021 Order ▼

| Judicial Officer | Comment |
|---|---|
| Shaffer, Troye K. | Order on Declaration of Prejudice Under Section 170.6 |

## 01/26/2022 Motion ▼

**Judicial Officer**
Husing, Sylvia L

**Hearing Time**
1:30 PM

**Result**
Held

**Comment**
Quash

## 03/07/2022 Motion ▼

**Original Type**
Motion

**Judicial Officer**
Honigsberg, Christopher M.

**Hearing Time**
1:30 PM

**Result**
Held

**Comment**
to Quash; Faretta

## 04/11/2022 Motion ▼

**Original Type**
Motion

**Judicial Officer**
Honigsberg, Christopher M.

**Hearing Time**
1:30 PM

**Result**
Held

Comment
TO QUASH, FARETTA Hearing

04/26/2022 Plea ▾

Original Type
Plea

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

Comment
TO SET PRELIM

05/19/2022 Plea ▾

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

08/23/2022 To Set ▾

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Comment
PX