Jerold D. Friedman (SBN: 290434)
jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT of CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**EXHIBIT D**<br><br>*Hon. Joseph C. Spero*<br><br>Date: August 19, 2022<br>Time: 2:00 a.m.<br>Courtroom: F |

## Case Information

SCR-733198-4 | People vs. LEATHAM, ALEXANDER JEFFREY

| Case Number | Court | |
|---|---|---|
| SCR-733198-4 | Criminal | |
| File Date | Case Type | Case Status |
| 11/19/2019 | Felony | Filed |

## Party

Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

Active Attorneys
Lead Attorney
Sonoma County District Attorney

Defendant
LEATHAM, ALEXANDER JEFFREY

DOB
XX/XX/XXXX

Active Attorneys
Pro Se

## Charge

Charges
LEATHAM, ALEXANDER JEFFREY

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 001 | CONSPIRACY:COMMIT CRIME | 182(a)(1) | *Felony | 11/15/2019 |
| 002 | OBSTRUCT/ETC PUB OFCR/ETC | 148(a)(1) | *Misdemeanor | 11/15/2019 |
| 003 | WEAR MASK UNLAWFL PURPOSE | 185 | *Misdemeanor | 11/15/2019 |
| 004 | T/PSS:POSTED LAND | 602(k) | *Misdemeanor | 11/15/2019 |
| 005 | WILLFUL CRUELTY TO CHILD | 273a(b) | *Misdemeanor | 11/15/2019 |

| | | | | |
|---|---|---|---|---|
| 006 | FALSE IMPRISONMENT | 236 | *Misdemeanor | 11/15/2019 |

## Events and Hearings

11/19/2019 On View

Judicial Officer
Urioste, Mark A.

Hearing Time
1:30 PM

Result
Held

Comment
Hearing Added successfully using Integration with Justicehub

11/19/2019 Complaint Filed

Judicial Officer
Urioste, Mark A.

11/20/2019 Appearance of Defendant

Judicial Officer
Urioste, Mark A.

Hearing Time
8:30 AM

Result
Held

Comment
arraignment

11/20/2019 Defendant arraigned on Complaint by Court /Stipulation

Judicial Officer
Urioste, Mark A.

11/21/2019 Cash Bond Filed

Comment
4757105

11/25/2019 Plea

Judicial Officer
Guynup, Gayle C

Hearing Time
8:30 AM

Result
Held

12/11/2019 Counsel

Judicial Officer
Urioste, Mark A.

Hearing Time
8:30 AM

Result
Held

Comment
Plea

12/11/2019 Document - Filed

Comment
Waiver of Conflict of Interest

01/08/2020 Further Arraignment

Original Type
Further Arraignment

Judicial Officer
Simonds, Dana Beernink

Hearing Time
8:30 AM

Result
Held

01/08/2020 Not able to settle matter in ECR. Assigned to Department 2

| Judicial Officer | Comment |
|---|---|
| Simonds, Dana Beernink | for all purposes. |

01/16/2020 Further Arraignment

Original Type
Further Arraignment

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Demurrer

02/18/2020 Plea

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Set Preliminary Hearing

03/10/2020 Further Proceedings

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Possible discovery issue; Plea; to set PX

03/10/2020 Waiver of Personal Appearance

04/17/2020 Document - Filed

Comment
Objection To Subpoena Duces Tecum; Motion To Quash; Memorandum of P&A

04/17/2020 Declaration in Support

Comment
Filed

06/19/2020 Motion

Original Type
Motion

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Quash/Demurrer

07/27/2020 Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

09/28/2020 Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Last Continuance; Plea

09/28/2020 Court Grants Defense Motion to Continue under 1050 PC

Judicial Officer
Averill, Shelly J

11/30/2020 Appearance of Counsel

Original Type
Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea

12/28/2020 Appearance of Counsel

Judicial Officer
Nakahara, Vernon K

Hearing Time
8:30 AM

Result
Held

Comment
Plea

01/25/2021 Appearance of Defendant

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
appearance of counsel

02/23/2021 Appearance of Defendant

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of Counsel

03/23/2021 Plea

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
set Preliminary Hearing

04/07/2021 Notice of

Comment
Defendants' Notice of Demurrer & Demurrer to Accusatory Pleading with Memorandum of Points & Authorities - Filed

04/27/2021 People's Opposition to Defendant's

Comment
Demurrer

05/20/2021 Reply Filed

Comment
To The People's Opposition

05/26/2021 Demurrer

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

05/26/2021 Bail Bond Exonerated

06/03/2021 Further Proceedings

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
plea; set PX

07/01/2021 Document - Filed

Comment
Alexander Leatham's Notice of Demurrer and Demurrer to Accusatory Pleading with Memorandum of Points and Authorities (PC 1004)

07/01/2021 Motion - Filed

Comment
Alexander Leatham's Notice of Motion to to Disqualify the Prosecution, Motion to Disqualify the Prosecution, and Memorandum of Points and Authorities

07/02/2021 Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Plea; set PX; Defendant ordered to appear

07/02/2021 Document - Filed

Comment
People's Opposition to Defendants' Second Demurrer (PC Sect. 1004)

07/23/2021 Proof of Service - Filed

07/27/2021 Appearance of Counsel

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

07/27/2021 Motion - Filed

Comment
Alexander Leatham's Notice, Verified Statement and Motion for Dismissal, Recusal or Disqualification of Judge Shelly Averill with Memorandum of Points and Authorities (CCP 170.1(a)(6), 170.3(c), 170.3(b)(2)(A),; 28 U.S.C. 455(a))

08/06/2021 Order

| Judicial Officer | Comment |
| --- | --- |
| Averill, Shelly J | Order Striking Defendant "Alexander Leatham's Notice, Verified Statement and Motion for Dismissal, Recusal or Disqualification of Judge Shelly Averill;" Alternative Verified Answer of Judge Shelly J. Averill |

08/27/2021 Reporters Transcript Filed

Comment
Proceedings of 12/11/19, by M Murray; no copies

09/20/2021 Document - Filed

Comment
Alexander Leatham's First Amended Verified Statement of Disqualification of Judge Shelly Averill, Part two with Notice, Motion for Dismissal, Recusal or Disqualification, and Memorandum of Points and Authorities

09/20/2021 Document - Filed

Comment
Alexander Leatham's Notice of Second Verified Statement of Disqualification of Judge Shelly Aveill

09/20/2021 Proof of Service - Filed

09/20/2021 Document - Filed

Comment
Alexander Leatham's Notice of First Amended Verified Statement of Disqualification of Judge Shelly Averill

09/21/2021 Calendar Control

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Result
Held

Comment
Appearance of Counsel

10/01/2021 Order

Judicial Officer
Averill, Shelly J

Comment
Order Striking Defendant "Alexander Leatham's First Amended Verified Statement of Disqualification of Judge Shelly Averill, Part Two with Notice, Motion for Dismissal, Reversal, and Memorandum of Points and Authorities;" Alternative Verified Answer of Judge Shelly J. Averill

11/05/2021 Document - Filed

Comment
So Co Sheriff's Office's Reply

11/05/2021 Reply Filed

Comment
To Defendant's Opposition To Motion

11/17/2021 Motion

Judicial Officer
Averill, Shelly J

Hearing Time
8:30 AM

Cancel Reason
Vacated

11/17/2021 Motion

Judicial Officer
Averill, Shelly J

Hearing Time
1:30 PM

Result
Held

Comment
Motion to Quash

11/24/2021 Document - Filed

Comment
Alexander Leatham's Second Verified Statement of Disqualification of Judge Shelly Averill with Notice, Motion for Dismissal, Recusal or Disqualification, and Memorandum of Points and Authorities Filed

11/24/2021 Proof of Service - Filed

11/29/2021 Document - Filed

Comment
Peremptory challange to judicial officer (170.6)

12/03/2021 Document - Filed

Comment
VERIFIED ANSWER OF JUDGE SHELLY J. AVERILL TO THE STATEMENT OF DISQUALIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES

12/06/2021 Proof of Service - Filed

12/09/2021 Order

| Judicial Officer | Comment |
| --- | --- |
| Shaffer, Troye K. | Order on Declaration of Prejudice Under Section 170.6 |

01/26/2022 Motion

Judicial Officer
Husing, Sylvia L

Hearing Time
1:30 PM

Result
Held

Comment
to Quash

03/03/2022 1050 PC Motion - Filed

Judicial Officer
Honigsberg, Christopher M.

Comment
Routed to Dept 13 via the JA shelf

03/04/2022 Ruling

Comment
Ruling on Disqualification of Judge Shelly J. Averill

03/07/2022 Motion

Original Type
Motion

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
to Quash; Faretta

04/11/2022 Motion

Original Type
Motion

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
1:30 PM

Result
Held

Comment
TO QUASH, FARETTA Hearing

04/26/2022 Plea

Original Type
Plea

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

Comment
TO SET PRELIM

04/26/2022 Document - Filed

Comment
Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities [Code of Civ. Proc. Section 170.1(a)(6)(A)(iii), 170.3(c)(5)]

04/26/2022 Document - Filed

Comment
Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities [Code of Civ. Proc. Section 170.1(a)(6)(A)(iii), 170.3(c)(5)]

05/06/2022 Order

| Judicial Officer | Comment |
|---|---|
| Honigsberg, Christopher M. | Order Striking "Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities," Alternative Verified Answer of Judge Christopher Honigsberg |

05/06/2022 Order

| Judicial Officer | Comment |
|---|---|
| Honigsberg, Christopher M. | Order Striking "Verified Statement of Disqualification of Judge Christopher Honigsberg with Notice of Motion, Motion, and Memorandum of Points and Authorities," Alternative Verified Answer of Judge Christopher Honigsberg |

05/19/2022 Plea

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

05/20/2022 Plea

Judicial Officer
Honigsberg, Christopher M.

Hearing Time
9:00 AM

Result
Held

Comment
Faretta Hearing

05/20/2022 Faretta Waiver Filed

07/29/2022 Motion - Filed

Comment

Notice and motion for Joinder

07/29/2022 Motion - Filed

Comment

Motion to dismiss or address grievances for multiple reasons including outrageous governmental conduct

08/23/2022 Plea

Judicial Officer

Honigsberg, Christopher M.

Hearing Time

9:00 AM

Comment

TO SET PRELIM