# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 21-cv-08854-JCS | **Case Name:** Danielson v. Sonoma County | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: August 19, 2022 | **Time:** 8 M (3:17-3:25) |

**Attorney for Plaintiff:** Jerold Friedman
**Attorney for Defendant:** Richard Osman for County of Sonoma, Joseph Ricks, Daniel Ager; Nick Syren for Westminster Woods, Christopher Rhodes, Olivia Longstaff

**Deputy Clerk:** Karen Hom         **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Status Conference - Held

## ORDERED AFTER HEARING

Updated joint case management conference statement due 11/10/2022.

**NOTES:** Mr. Friedman believes that Ms. Danielson may have committed suicide and would like time to investigate.

**CASE CONTINUED TO:**   11/18/2022 at 2:00 PM for a further case management conference by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.