```
Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
BLEDSOE, DIESTEL, TREPPA & CRANE LLP
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:    (415) 981-5411
Facsimile:    (415) 981-0352
```

Attorneys for Defendant
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
Corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES, an individual and
OLIVIA LONGSTAFF, an individual

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P. 25]** |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants Westminster Woods Camp and Conference Center, Christopher Rhodes, and Olivia Longstaff hereby provide notice of the suggested deaths of Plaintiffs **Gwen Danielson** and **Jack LaSota**.

This notice is based upon information provided by Plaintiffs' counsel Jerold Friedman in an email dated October 14, 2022, advising of the presumed deaths of Plaintiffs Danielson and

1  Lasota.

2      The email reports that Mr. Friedman has been unable to communicate with Ms. Danielson, and that she is rumored to have committed suicide. The email further reports Mr. Friedman was informed Mr. Lasota fell off a boat into San Francisco Bay. There were witnesses and a U.S. Coast Guard search, but no body found. Mr. Lasota has not responded to his counsel's efforts to communicate.

    Pursuant to F.R.C.P Rule 25(a)(1), "If a party dies and the claim is not extinguished, the court may order the substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action or against the decedent must be dismissed."

Dated:  October 20, 2022       **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**


By:  /s/ Richard S. Diestel
      Richard S. Diestel
      Nicholas D. Syren
      Attorneys for Defendants
      WESTMINSTER WOODS CAMP AND
      CONFERENCE CENTER, CHRISTOPHER RHODES,
      and OLIVIA LONGSTAFF

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On October 20, 2022, I served the attached document(s):

**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P.25]**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Email: Jerry@lawofficejdf.com

Richard W. Osman
Asha M. Jameson
BERTRAND FOX ELLIOT OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone No.: (415) 353-0999
Email: rosman@bfesf.com
        ajameson@bfesf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on October 20, 2022, at San Leandro, California.

_____
AnnaMaria Escobar