Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:   (415) 981-5411
Facsimile:   (415) 981-0352

Attorneys for Defendant
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
Corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES, an individual and
OLIVIA LONGSTAFF, an individual

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**SUPPLEMENTAL SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS JACK LASOTA AND GWEN DANIELSON [FED. R. CIV. P. 25]** |

This Supplemental Rule 25 Notice is submitted pursuant to Federal Rule of Civil Procedure 25(a)(1). Defendants Westminster Woods Camp and Conference Center, Christopher Rhodes, and Olivia Longstaff hereby provide further notice of the suggested deaths of Plaintiffs **Jack LaSota** and **Gwen Danielson**.

///

On October 20, 2022, Defendants filed and served a "Suggestion of Death Upon the Record of Plaintiffs Gwen Danielson and Jack Lasota [Fed. R. Civ. P. 25]" attached as **Exhibit A**. That notice was based upon information provided by Plaintiffs' counsel Jerold Friedman advising of the presumed deaths of Plaintiffs Lasota and Danielson. Mr. Friedman reported that he had been unable to communicate with Ms. Danielson and that she was rumored to have committed suicide. Mr. Friedman further reported that Mr. Lasota fell off a boat into San Francisco Bay. There were witnesses and a U.S. Coast Guard search, but no body was found. Mr. Lasota had not responded to his counsel's efforts to communicate.

This supplemental notice is based upon information provided by Plaintiffs' counsel Jerold Friedman in an email dated October 26, 2022, advising of the death of Plaintiff Jack Lasota. Specifically, Mr. Friedman wrote that Jack Lasota's criminal defense attorney called him and stated that the family hired a probate attorney in an attempt to obtain a death certificate.

Pursuant to F.R.C.P Rule 25(a)(1), "If a party dies and the claim is not extinguished, the court may order the substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action or against the decedent must be dismissed."

Dated:  November 3, 2022              **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**


By:  /s/ Richard S. Diestel
Richard S. Diestel
Nicholas D. Syren
Attorneys for Defendants
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, CHRISTOPHER RHODES,
and OLIVIA LONGSTAFF

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On November 3, 2022, I served the attached document(s):

**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFF JACK LASOTA [FED. R. CIV. P.25]**

Upon all named counsel of record as follows:

| | |
|---|---|
| Jerold D. Friedman<br>Law Office of Jerold D. Friedman<br>19744 Beach Blvd., Unit 390<br>Huntington Beach, CA 92648<br>Telephone No.: (213) 536-1244<br>Email: Jerry@lawofficejdf.com | Richard W. Osman<br>Asha M. Jameson<br>BERTRAND FOX ELLIOT OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone No.: (415) 353-0999<br>Email: rosman@bfesf.com<br>ajameson@bfesf.com |
| Kate LaSota, M.Ed. Counseling<br>School Counselor k-8<br>Artic Light Elementary<br>4167 Neely Road<br>Fort Wainwright, AK 99703<br>Email: kate.lasota@k12northstar.org | Dan LaSota<br>Instructional Designer<br>University of Alaska Fairbanks<br>Chancellor's Office<br>Charles Bunnell Building 131<br>1790 Tanana Loop<br>Fairbanks, AK 99709<br>Email: dlasota@alaska.edu |

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure. A copy of this electronic transmission confirmation will be retained with the attached document.

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California.

I certify under penalty of perjury that the foregoing is true and correct. Certificate of Service was executed by the undersigned on November 3, 2022, at San Leandro, California.



AnnaMaria Escobar

-4-
**SUPPLEMENTAL SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P. 25]**

# EXHIBIT A

1  Richard S. Diestel, SBN: 095059
   Nicholas D. Syren, SBN: 334807
2  **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
   180 Sansome Street, Suite 500
3  San Francisco, California 94104-3710
   Telephone:    (415) 981-5411
4  Facsimile:    (415) 981-0352

5

6  Attorneys for Defendant
   WESTMINSTER WOODS CAMP AND
7  CONFERENCE CENTER, a nonprofit religious
   Corporation sued under the name Westminster Woods;
8  CHRISTOPHER RHODES, an individual and
   OLIVIA LONGSTAFF, an individual
9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 3:21-cv-8854 <br><br> **SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P. 25]** |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants Westminster Woods Camp and Conference Center, Christopher Rhodes, and Olivia Longstaff hereby provide notice of the suggested deaths of Plaintiffs **Gwen Danielson** and **Jack LaSota**.

This notice is based upon information provided by Plaintiffs' counsel Jerold Friedman in an email dated October 14, 2022, advising of the presumed deaths of Plaintiffs Danielson and

-1-
**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P. 25]**

Lasota.

The email reports that Mr. Friedman has been unable to communicate with Ms. Danielson, and that she is rumored to have committed suicide. The email further reports Mr. Friedman was informed Mr. Lasota fell off a boat into San Francisco Bay. There were witnesses and a U.S. Coast Guard search, but no body found. Mr. Lasota has not responded to his counsel's efforts to communicate.

Pursuant to F.R.C.P Rule 25(a)(1), "If a party dies and the claim is not extinguished, the court may order the substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action or against the decedent must be dismissed."

Dated:  October 20, 2022              **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By:  /s/ Richard S. Diestel
Richard S. Diestel
Nicholas D. Syren
Attorneys for Defendants
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, CHRISTOPHER RHODES,
and OLIVIA LONGSTAFF



# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On October 20, 2022, I served the attached document(s):

**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P.25]**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Email: Jerry@lawofficejdf.com

Richard W. Osman
Asha M. Jameson
BERTRAND FOX ELLIOT OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone No.: (415) 353-0999
Email: rosman@bfesf.com
        ajameson@bfesf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on October 20, 2022, at San Leandro, California.

_____
AnnaMaria Escobar

-3-
**SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFFS GWEN DANIELSON AND JACK LASOTA [FED. R. CIV. P. 25]**