Jerold D. Freidman, SBN: 290434
jerry@lawofficejdf.com
**LAW OFFICE OF JEROLD D. FRIEDMAN**
19744 Beach Blvd., #390
Huntington Beach, CA 92648
Telephone No.: (213) 536-1244
Facsimile No.: (281) 667-3506

Attorneys for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:       (415) 981-5411
Facsimile:        (415) 981-0352

Attorneys for Defendants
WESTMINSTER WOODS CAMP & CONFERENCE CENTER,
CHRISTOPHER RHODES, an individual and OLIVIA
LONGSTAFF, an individual

Richard W. Osman, SBN: 167993
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
2749 Hyde Street
San Francisco, California 94109
Telephone No.: (415) 353-0999
Facsimile No.: (415) 353-09990
Email: rosman@bfesf.com
         ajameson@bfesf.com

Attorneys for Defendants COUNTY OF SONOMA,
JOSEPH RICKS, and DANIEL AGER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT**<br><br>Date: November 18, 2022<br>Time: 2:00 p.m.<br>Courtroom: F |

///

-1-
**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT; Case No.: 3:21-cv-8854**

TO THE HONORABLE CHIEF MAGISTRATE JUDGE SPERO:

The following joint case management statement and status report is filed to inform this Court of any developments related to the pending related criminal matters and other relevant updates. On April 19, 2022, the Court granted Plaintiffs' request for stay of the instant civil case pending the outcome of the criminal charges pending against Plaintiffs (Doc. No. 39, p.9, ln.24–25).

At the previous status report August 19, 2022, Plaintiffs' counsel Jerold Friedman informed the Court and counsel that Plaintiff Gwen Danielson was missing and rumored to have committed suicide. To this date Mr. Friedman has not had any contact with Ms. Danielson and her whereabouts remain unknown.

Additionally, Mr. Friedman acknowledged that Plaintiff Jack Lasota is now deceased after a boating accident in the San Francisco Bay Area. Based on this information, Defendants' Westminster Woods Camp and Conference Center, Christopher Rhodes and Olivia Longstaff filed and served a "Suggestion of Death Upon the Record Pursuant to Rule 25" relating to Plaintiffs Danielson and Lasota. (Doc No. 44). Plaintiffs' filed a response to the Suggestion of Death Upon the Record. (Doc No. 45). Based on Plaintiffs' non-objection to the death of Plaintiff Jack Lasota, Defendants filed and served a "Supplemental Notice of Suggestion of Death Upon the Record Pursuant to Rule 25", noting the confirmation of Jack Lasota's death. (Doc No. 46). Plaintiffs no longer object to Defendants Rule 25 notice as it pertains to LaSota but Plaintiffs continue to object to the Rule 25 notice as it pertains to Danielson.

Based on Plaintiffs' counsel's lack of communication with Plaintiffs Danielson and Lasota Mr. Friedman plans to file a Motion to Withdraw as Counsel as to those two Plaintiffs.

Each Plaintiff's criminal charges remain pending. Their individual status is indicated below.

*People v. Gwen Danielson* (Case No. SCR-733198-1). On April 11, 2022, a bench warrant was issued for her nonappearance in the criminal matter. There are no further updates according to the Superior Court of California, County of Sonoma.

///

*People v. Emma Borhanian* (Case No. SCR-733198-2). On October 31, 2022, Superior Court, County of Sonoma, Judge Honigsberg vacated the preliminary hearing, with the new hearing set for December 16, 2022.

*People v. Jack LaSota* (Case No. SCR-733198-4). On October 26, 2022, a bench warrant was issued for her [*sic*] nonappearance in the criminal matter.

*People v. Alexander Leatham* (Case No. SCR-733198-4). On October 26, 2022, Superior Court, County of Sonoma, Judge Honigsberg ordered a mental competency to stand trial evaluation pursuant to Cal. P.C. § 1368.

Plaintiffs request that the stay remain in place at this time.

Dated: 11/10/22        By:   */s/ Jerold D. Friedman*_____
                             Jerold D. Friedman
                             Attorney for Plaintiffs

Dated: 11/10/22        By:   */s/ Richard Osman*_____
                             Richard Osman
                             Attorneys for Defendants
                             County of Sonoma
                             Deputy Joseph L. Ricks
                             Deputy Daniel Ager

Dated: 11/10/22        By:   */s/ Nicholas D. Syren*_____
                             Richard S. Diestel
                             Nicholas D. Syren
                             Attorney for Defendants
                             Westminster Woods Camp And
                             Center; Christopher Rhodes,
                             and Olivia Longstaff

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On November 10, 2022, I served the attached document(s):

**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Email: Jerry@lawofficejdf.com

Richard W. Osman
Asha M. Jameson
BERTRAND FOX ELLIOT OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone No.: (415) 353-0999
Email: rosman@bfesf.com
        ajameson@bfesf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on November 10, 2022, at San Leandro, California.

_____
AnnaMaria Escobar