Jerold D. Friedman (SBN: 290434)
   jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**SUGGESTION OF THE DEATH OF PLAINTIFF EMMA BORHANIAN (RULE 25)**<br><br>*Hon. Joseph C. Spero* |

Plaintiffs file this Rule 25 Notice pursuant to Fed.R.Civ.P. 25(a)(1) on the suggested death of Plaintiff **Emma Borhanian**.

Plaintiff's attorney has sufficient information to believe that Borhanian died on or about November 13, 2022. Specifically, Plaintiff's attorney was informed by a government prosecutor that Borhanian was killed and Borhanian's brother later confirmed that she was killed.

Dated: November 19, 2022

By:
  */s/ Jerold D. Friedman*
  Jerold D. Friedman
  Attorney for Plaintiffs

1

**SUGGESTION OF THE DEATH OF PLAINTIFF EMMA BORHANIAN (RULE 25)** / 3:21-cv-8854