Jerold D. Friedman (SBN: 290434)
  jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

Attorney for Plaintiffs
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, et al.,<br><br>Defendants. | Case No.: 3:21-cv-8854-JCS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS WESTMINSTER WOODS, et al., SUGGESTION OF DEATH UPON THE RECORD OF PLAINTIFF JACK LASOTA (DOC. NO. 46)**<br><br>*Hon. Joseph C. Spero* |

Plaintiffs Gwen Danielson, Emma Borhanian, Jack LaSota, and Alexander Jeffrey Leatham hereby respond to Defendants Westminster Woods Camp and Conference Center, Christopher Rhodes, and Olivia Longstaff's ("Defendants") Suggestion of Death Upon the Record of Plaintiff Jack LaSota (Doc. No. 46).

As a preliminary matter, this case is presently under a stay order from the Court. "Plaintiffs' motion is GRANTED, and the case is STAYED pending the outcome of the criminal charges pending against Plaintiffs." (Court's Order, Doc. No. 39, page 9). Defendants filed an earlier suggestion of death (Doc. No. 44) and this second suggestion without the stay being lifted. Plaintiffs respond here to object to Defendants' second Suggestion of Death.

1

The best information available to Plaintiff's attorney until recently was that on or about August 2022, Plaintiff Jack LaSota had fallen off a boat and his body was not recovered by the U.S. Coast Guard (*see* Plaintiffs' Objection to Suggestion of Death, Doc. No. 45, p2, ln. 3). Plaintiff's attorney had obtained a U.S. Coast Guard report stating a search for LaSota's body was conducted and failed. Plaintiff's attorney confirmed with the agency that the report was legitimate.

However, on November 15, 2022, Plaintiff's attorney received an e-mail from Deputy District Attorney Susan Beene of the Sonoma County District Attorney's Office stating that "LaSota was on scene, alive and well," at the site of a crime on or about November 13, 2022. It's unknown by what mechanism Plaintiff Jack LaSota, whose body was not recovered by the Coast Guard in August 2022 was alive and well in November 2022. Plaintiffs shared the e-mail with all Defendants' counsel.

This factual development was discussed at the case status hearing before this Court on November 18, 2022. However, the parties and Court did not withdraw or strike Defendants' Suggestion of Death at that hearing or at any other time.

Provided that a Rule 25 Suggestion of Death does not operate on an apparently living party, Plaintiffs object to Defendants' Suggestion of Death of **Jack LaSota** in both of their filings (Doc. Nos. 44, 46). "If a party dies…" Rule 25(a)(1). "After a party's death…" Rule 25(a)(2). Plaintiffs have previously objected to and continue to object to Defendants' Suggestion of Death of Plaintiff **Gwen Danielson** on the grounds of her rumored suicide being speculative and unconfirmed. *Id.*

Dated: November 20, 2022                By:
                                        */s/ Jerold D. Friedman*
                                        Jerold D. Friedman
                                        Attorney for Plaintiffs

2

**Plaintiffs' Response to Defendants Westminster Woods, et al., Suggestion of
Death Upon the Record of Plaintiff Jack LaSota (Doc. No. 46)** / 3:21-cv-8854