# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 21-cv-08854-JCS | **Case Name:** Danielson v. Sonoma County | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: November 18, 2022 | **Time:** 9 M (3:15-3:24) |

**Attorney for Plaintiff:** Jerold Friedman
**Attorney for Defendant:** Richard Osman for Sonoma County, Ricks & Ager; Nico Syren for Westminster Woods, Rhodes & Longstaff

**Deputy Clerk:** Karen Hom              **Digital Recorder:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Status Conference - Held

## ORDERED AFTER HEARING

Mr. Friedman shall have ninety (90) days to file a motion to withdraw from the entire case. Updated case management statement due 2/10/2023.

**NOTES:** Mr. Friedman updated the Court as to the status of the plaintiffs.

**CASE CONTINUED TO:**   02/17/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.  This date will be moved to the date of the motion hearing.