Richard S. Diestel, SBN: 095059
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:   (415) 981-5411
Facsimile:   (415) 981-0352

Attorneys for Defendants
WESTMINSTER WOODS CAMP AND
CONFERENCE CENTER, a nonprofit religious
Corporation sued under the name Westminster Woods;
CHRISTOPHER RHODES, an individual and OLIVIA
LONGSTAFF, an individual

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>           Plaintiffs,<br>   v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>           Defendants. | Case No.: 3:21-cv-8854JCS<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective December 31, 2022, Bledsoe, Diestel, Treppa & Crane, LLP, attorneys for defendants WESTMINSTER WOODS CAMP AND CONFERENCE CENTER, a nonprofit religious Corporation sued under the name Westminster Woods; CHRISTOPHER RHODES, an individual and OLIVIA LONGSTAFF, an individual,

has reassigned this matter to Alison M. Crane (SBN 197359; acrane@bledsoelaw.com) and Nicholas D. Syren (SBN 33807; nsyren@bledsoelaw.com).

The Bledsoe law firm will continue as attorneys of record for said defendants. Please update your records and service lists to reflect this change.

Dated: December 21, 2022          **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By: *Richard S. Diestel* (signature)
Richard S. Diestel
Nicholas D. Syren
Attorneys for Defendants WESTMINSTER WOODS, an unknown business entity

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On December 21, 2022, I served the attached document(s):

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

Upon all named counsel of record as follows:

| | |
|---|---|
| Jerold D. Friedman<br>Law Office of Jerold D. Friedman<br>19744 Beach Blvd., Unit 390<br>Huntington Beach, CA 92648<br>Telephone No.: (213) 536-1244<br>Email: Jerry@lawofficejdf.com | Richard W. Osman<br>Asha M. Jameson<br>BERTRAND FOX ELLIOT OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone No.: (415) 353-0999<br>Email: rosman@bfesf.com<br>ajameson@bfesf.com |
| Alison M. Crane, Esq.<br>Nicholas D. Syren, Esq.<br>Bledsoe, Diestel, Treppa & Crane LLP<br>180 Sansome Street, 5th Floor<br>San Francisco, CA 94104-3710<br>Telephone No.: (415) 981-5411<br>Email: acrane@bledsoelaw.com<br>nsyren@bledsoelaw.com | |

 **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure. A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct. Certificate of Service was executed by the undersigned on December 21, 2022, at San Leandro, California.

AnnaMaria Escobar