# Exhibit 1

# UNITED STATES COAST GUARD SECTOR SAN FRANCISCO

**Person in the Water**

**South San Francisco Bay**

**Search Efforts**

**19-20 AUG 2022**



# Aircraft Support:

**Coast Guard Air Station San Francisco**

**Menlo City Fire Dept Drone**

# Waterborne Support:

**CG Station San Francisco**

**CG Station Golden Gate**

**Oakland City Fire**

**Alameda County Fire**







# Timeline of Events

*2300 (T+00) Reported time of Jack falling off the sailing vessel*

*2305 (T+05) Phone call and CH16 radio call to Coast Guard Sector San Francisco*

*2310 (T+10mins) – Station San Francisco launch.*

*2312 (T+12mins) – Air station SF launch.*

2320 (T+20) SCC SF issued Urgent Marine Information Broadcast (UMIB)

*2332 (T+29mins) – Station San Francisco on scene.*

*2350 (T+50mins) – Air station CGR6567 on scene.*

*0054 (T +1hr 55mins) – Alameda County Fire Department on scene.*

0258 (T+ 3hrs 58min) Station SF departing due to fatigue.

0300 (T+4hrs) CGC TERN on scene.

*0325 (T 4hrs 25min) Air station CGR6567 departing scene.*

*0358 (T+4hrs 58mins) – Station Golden Gate on scene.*

*0400 (T+4hrs)- Air station CGR6567 on scene.*

*0500 (T+6hrs)- Air station CGR6567 Departing scene*

*0746 (T+8hrs 46mins) – Station golden Gate Departed scene*

*0841 (T+9hrs 41mins) Air station CGR6567 on scene*

*0955 (T+10hrs 55min) Air station CGR6567 departed scene*

# Timeline of Events

***0955 (T+10hrs 55min) Air station CGR6567 departed scene***

**1400 (T+ 15hrs) CGC TERN on scene remains**

**1500 (T + 16hrs) Station San Francisco begins Search. CGC TERN departs**



**Incident Location**



## Searches Conducted



Searches Conducted

Air Searches

Surface Searches



Total area searched: 167 Square Miles, approximately twice the size of City of Oakland

# Total Search Efforts

# 19-20 AUG 2022

**On-Scene Weather:** Unlimited Visibility; Seas 1-2 ft; Winds 5 kts; Water Temp 55°F, Air Temp 60°F

*As of 5PM, 20 AUG 2022,*

*28.5+ cumulative hours of Coast Guard Search and Rescue efforts*:

5+ hours by CG surface asset (Station San Francisco)

6.5 hours by CG air asset (Air Station San Francisco)

13+ hours by CG surface asset (USCGC TERN)

4 hours by CG surface asset (Station Golden Gate)



## Total Search Efforts

# Point of Contact Information

Coast Guard Sector San Francisco

Command Center

415-399-3530