Exhibit 2

1/16/23, 1:37 AM

Case 3:21-cv-08854-JCS Document 52-3 Filed 01/16/23 Page 2 of 2
Jack LaSota Obituary (2022) - Fairbanks, AK - Daily News-Miner



# Jack Amadeus LaSota

🌷 **Send Flowers**

➤ **Share**

## JACK LASOTA OBITUARY

**J**ack Amadeus LaSota left our lives but not our hearts on Aug. 19 after a boating accident. Loving adventure, friends and family, music, blueberries, biking, computer games and animals, you are missed.

Published by Daily News-Miner on Sep. 7, 2022.

