# Exhibit 3



Watch Live

# Two charged in killing of fellow Vallejo squatter

By KTVU Staff | Published November 21, 2022 | Vallejo | KTVU FOX 2

**Two held in death of fellow squatter shot by elderly Vallejo property owner**
Two suspects have been arrested on suspicion of murder in the death of a fellow squatter who was shot and killed by an 80-year-old property owner in Vallejo.

**VACAVILLE, Calif.** - Two suspects have been charged in the death of a fellow squatter who was shot and killed by an 80-year-old property owner in Vallejo.

On Monday, the Solano County District Attorney's Office charged Suri Dao, 21, and Alexander Jeffrey Leatham, 27, with suspicion of murder in the killing of a woman only identified as E.B.

Doa, Leatham, and E.B. were all living on property owned by 80-year-old Curt Lind.

Authorities said on the morning of Nov. 13, Lind was stabbed with a sword during a dispute with Doa, Leatham, and E.B. on the property he owns on 3rd and Lemon streets. At some point Lind fired shots, fatally striking the woman.

Dao and Leatham were also charged with attempted murder and aggravated mayhem in the sword attack of Lind.

Lind's family said he had been trying to evict a group a people who hadn't been paying rent.

His son, Carl Lind, said, "A big part of this problem was this moratorium on rent, COVID. People took advantage of it."

Patrick McMillan, who lives on the property in a motor home, said after the attack Linda came to him covered in blood.

McMillan said, "He had a samurai sword stuck to his back with about a foot of it sticking out in front, his face cut up all over."

"After they attacked him he got his gun out and shot two of them, killed one of them. The other one had three shots to the chest," McMillan said.



This material may not be published, broadcast, rewritten, or redistributed. ©2022 FOX Television Stations