# Exhibit 4

**Jerry Friedman**

Monday, January 16, 2023 at 02:48:16 Central Standard Time

**Subject:** Civil Lawsuit - Notice of Withdrawal
**Date:** Friday, December 9, 2022 at 11:00:08 PM Central Standard Time
**From:** Jerold Friedman, Attorney <jerry@lawofficejdf.com>

[redacted]

Sincerely,

Jerry Friedman

--
mailing address
Law Office of Jerold D. Friedman
19744 Beach Blvd. #390
Huntington Beach, CA 92648

(213) 536-1244
(281) 667-3506 fax
jerry@lawofficejdf.com

NOTICE: The information contained in this message is confidential and may be privileged and protected from disclosure by law. It is intended for the designated recipient only. If you are not the designated recipient you are notified that dissemination, distribution or copying of this message or any attachment is prohibited. Please notify us immediately by replying to this message and deleting it from all of your electronic and computer systems.