1
2
3
4
5
6
7
8
9
10

# U.S. DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
## SAN FRANCISCO DIVISION

11 | GWEN DANIELSON, et al.,                    | Case No.: 3:21-cv-8854-JCS
12 |      Plaintiffs,                           | **[PROPOSED] ORDER**
13 |           v.                               | *Hon. Joseph C. Spero*
14 |
15 | COUNTY OF SONOMA, CALIFORNIA, et al.,      | Date:   February 17, 2023
16 |      Defendants.                           | Time:   2:00 P.M.
                                                  Place:  Zoom / Electronic

Having reviewed the Unopposed Motion for Withdrawal as Plaintiffs' Counsel from Entire Case and receiving no objections, it is:

**ORDERED** that the Motion is hereby **GRANTED.** Plaintiffs' attorney Jerold D. Friedman from the Law Office of Jerold D. Friedman is relieved of any and all further duties in this matter.


Dated: _____          _____
                                 HONORABLE JOSEPH C. SPERO
                                 UNITED STATES DISTRICT CHIEF MAGISTRATE JUDGE

1

**[PROPOSED] ORDER** / 3:21-cv-8854