Alison Crane, SBN: 197359
Nicholas D. Syren, SBN: 334807
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, Suite 500
San Francisco, California 94104-3710
Telephone:   (415) 981-5411
Facsimile:    (415) 981-0352
acrane@bledsoelaw.com
nsyren@bledsoelaw.com

Attorneys for Defendants
WESTMINSTER WOODS CAMP
AND CONFERENCE CENTER,
CHRISTOPHER RHODES; and
OLIVIA LONGSTAFF

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWEN DANIELSON, EMMA BORHANIAN, JACK LASOTA, ALEXANDER LEATHAM,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA, CALIFORNIA, a California Subdivision; WESTMINSTER WOODS, an unknown business entity; DEPUTY JOSEPH L. RICKS, DEPUTY DANIEL AGER, each in their individual capacity; CHRISTOPHER RHODES; OLIVIA LONGSTAFF and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-8854<br><br>**NON-GOVERNMENTAL DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' ATTORNEY FRIEDMAN'S (1) MOTIONS FOR WITHDRAWAL AS PLAINTIFFS' COUNSEL FROM ENTIRE CASE, and (2) REQUEST TO WAIVE CASE MANAGEMENT CONFERENCE**<br><br>*Hon. Joseph C. Spero*<br><br>Date:   February 17, 2023<br>Time:   2:00 P.M.<br>Place:   Zoom / Electronic |

Defendants WESTMINSTER WOODS CAMP AND CONFERENCE CENTER, CHRISTOPHER RHODES, and OLIVIA LONGSTAFF (hereinafter "Non-Governmental Defendants") hereby submit its Non-Opposition to Plaintiffs' attorney

-1-
**NON-GOVERNMENTAL DEFENDANTS' NON-OPP TO PLAINTIFFS' ATTORNEY FRIEDMAN'S (1) MOTIONS FOR WITHDRAWAL AS PLAINTIFFS' COUNSEL FROM ENTIRE CASE, and (2) REQUEST TO WAIVE CMC**

Jerold D. Friedman's "Unopposed (1) Motions for Withdrawal as Plaintiffs' Counsel from Entire Case, and (2) Request to Waive Case Management Conference" scheduled for February 17, 2023.

Dated:  January 30, 2023          **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By:  */s/ Alison M. Crane*
   Alison M. Crane
   Nicholas D. Syren
   Attorneys for Defendants WESTMINSTER WOODS AND CONFERENCE CENTER, CHRISTOPHER RHODES; and OLIVIA LONGSTAFF

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State.

On February 1, 2023, I served the attached document(s):

**NON-GOVERNMENTAL DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' ATTORNEY FRIEDMAN'S (1) MOTIONS FOR WITHDRAWAL AS PLAINTIFFS' COUNSEL FROM ENTIRE CASE, and (2) REQUEST TO WAIVE CASE MANAGEMENT CONFERENCE**

Upon all named counsel of record as follows:

Jerold D. Friedman
Law Office of Jerold D. Friedman
19744 Beach Blvd., Unit 390
Huntington Beach, CA  92648
Telephone No.: (213) 536-1244
Jerry@lawofficejdf.com

Richard W. Osman
Asha M. Jameson
BERTRAND FOX ELLIOT OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone No.: (415) 353-0999
rosman@bfesf.com
ajameson@bfesf.com

☒ **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on February 1, 2023 at Sonoma, California.

                                                */s/ Valerie Stevenson*
                                                Valerie Stevenson