# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 21-cv-08854-JCS | Case Name: Danielson v. Sonoma County | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: February 17, 2023 | Time: 13 M (9:43-9:45) |

**Attorney for Plaintiff:** Jerold Friedman
**Attorney for Defendant:** Richard Osman for Sonoma County, Ricks & Ager; Nicholas Syren for Westminster Woods, Rhodes & Longstaff

**Deputy Clerk:** Karen Hom         **Court Reporter:** Scott Coniam

## ZOOM WEBINAR PROCEEDINGS

1. Motion to Withdraw as Attorney [dkt 52] – Granted
2. Further Case Mgmt Conference – Not Held.

## ORDERED AFTER HEARING

Oral argument was heard. Mr. Friedman is relieved as counsel of record for plaintiffs. Pursuant to the Court's Civil Local Rule 11-5(b), Mr. Friedman shall forward all future filings by email to the plaintiffs until subsequent counsel can be found.

All plaintiffs are ordered to attend the further case management conference which will be held by Zoom video. Mr. Friedman shall assist Alexander Leatham with access to Zoom for the hearing.

Updated case management conference statement due 4/21/2023.

**CASE CONTINUED TO:**   04/28/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
  [ ] Plaintiff        [ ] Defendant         [X] Court