1  Alison M. Crane, SBN: 197359
   Nicholas D. Syren, SBN: 334807
2  **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
   180 Sansome Street, Suite 500
3  San Francisco, California 94104-3710
   Telephone: (415) 981-5411
4  Facsimile: (415) 981-0352
   Email: acrane@bledsoelaw.com
5          nsyren@bledsoelaw.com

6  Attorneys for Defendants
   WESTMINSTER WOODS CAMP & CONFERENCE CENTER,
7  CHRISTOPHER RHODES, an individual and OLIVIA
   LONGSTAFF, an individual

8  Richard W. Osman, SBN: 167993
   **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
9  2749 Hyde Street
   San Francisco, California 94109
10 Telephone No.: (415) 353-0999
   Facsimile No.: (415) 353-09990
11 Email: rosman@bfesf.com

12 Attorneys for Defendants COUNTY OF SONOMA,
   JOSEPH RICKS, and DANIEL AGER

13

14 **IN THE UNITED STATES DISTRICT COURT**

15 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16 GWEN DANIELSON, et al.,                    Case No.: 3:21-cv-08854-JCS

17              Plaintiffs,

18       v.                                   **JOINT CASE MANAGEMENT
                                              STATEMENT AND STATUS REPORT**
19 COUNTY OF SONOMA, CALIFORNIA, et al.,

20              Defendants.

21                                            Date: April 28, 2023
                                             Time: 2:00 p.m.
22                                            Courtroom: F

23 TO THE HONORABLE CHIEF MAGISTRATE JUDGE SPERO:

24       The following joint case management statement and status report filed by Defendants is

25 to inform this Court of any developments related to the Plaintiffs' pending criminal matters.

26 Additionally, Defendants request this Court lift the stay imposed in this matter in order for

27 Defendants to file and this Court to hear Defendants' 12(b)(6) motions to dismiss. On April 19,

28 2022, the Court granted Plaintiffs' request for stay of the instant civil case pending the outcome

-1-
**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT; Case No.: 3:21-cv-08854**

1    of the criminal charges pending against Plaintiffs (Doc. No. 39, p.9, ln.24–25). Since this time,

2    one Plaintiff (Borhanian) is now deceased, and another Plaintiff (Danielson) is missing and

3    presumed deceased. Another Plaintiff is in custody in Pennsylvania pending criminal charges

4    (LaSota), and the fourth Plaintiff (Leatham) is facing murder charges in Solano County.

5    Additionally, Plaintiffs Lasota, Leatham and Danielson all have pending criminal cases in

6    Sonoma County relating to the same set of facts giving rise to this instant civil action.

7           At the previous status conference on February 17, 2023, Plaintiffs' counsel Jerold

8    Friedman's Motion to Withdraw as counsel as to the entire action was granted. (Docket 56.)

9    Plaintiffs now represent themselves pro se. On March 8, 2023, in order to inform Plaintiff

10   Leatham of the April 28, 2023 status conference, Mr. Friedman contacted Officer Riesinger of

11   the Solano County Jail by email and provided information regarding the April 28, 2023 status

12   conference and provided the Zoom link for same. (See March 8, 2023 email, attached hereto as

13   **Exhibit A.**) Previously, Defendants Westminster Woods Camp and Conference Center,

14   Christopher Rhodes and Olivia Longstaff (hereinafter, "Non-governmental Defendants")

15   brought a 12(b)(6) motion to dismiss. (See Docket No. 23). The Court stayed a decision on the

16   motion pending resolution of Plaintiff's motion to stay. (Docket No. 32).

17          Each remaining Plaintiffs' criminal charges related to this civil action remain pending

18   with the exception of the deceased Emma Borhanian. Their individual status is indicated below.

19          *People v. Gwen Danielson* (Case No. SCR-733198-1). On April 11, 2022, a bench

20   warrant was issued for Danielson's nonappearance in the criminal matter. There are no further

21   updates according to the Superior Court of California, County of Sonoma. To this date Plaintiff

22   Danielson and her whereabouts remain unknown.

23          *People v. Alexander Leatham* (Case No. SCR-733198-). On October 26, 2022, Sonoma

24   County Superior Court Judge Honigsberg ordered a mental competency to stand trial evaluation

25   pursuant to Cal. P.C. § 1368. Thereafter, Plaintiff Leatham was arrested in Vallejo and remains

26   in custody in Solano County Jail and is being prosecuted on charges of murder and aggravated

27   mayhem (Solano County Superior Case Number VCR240529.)  There is a competency hearing

28   scheduled for April 24, 2023.  The Sonoma County warrant for Plaintiff Leatham's non-

1    appearance was served on Leatham, but the Solano County murder prosecution will take

2    precedence over the Sonoma County matter.

3        *People v. Jack Lasota* (Case No. SCR-733198-3). On October 26, 2022, the Superior

4    Court issued a bench warrant for Plaintiff Lasota's non-appearance in the Sonoma County

5    criminal matter related to this litigation. Upon information and belief Plaintiff Leatham now is

6    in custody in Pennsylvania facing criminal charges. The specific charges are unknown at this

7    time.

8        Based on the above, Defendants request this Court lift the stay and allow Defendants to

9    bring its 12(b)(6) motions to dismiss. Plaintiffs have simply not been willing and/or able to

10   prosecute this matter and have interfered with and failed to appear in their criminal matters.

11   Plaintiffs' alleged criminal actions leading to individual prosecutions in other jurisdictions show

12   the unlikelihood of prosecution of this present civil action in the foreseeable future. For this

13   reason, it is unlikely that the Sonoma County criminal prosecutions related to the same set of

14   facts giving rise to this civil lawsuit, (which was the basis for this Court's decision to issue a

15   stay) will be litigated in a timely manner if at all. Further, Defendants believe that Plaintiffs'

16   claims would not withstand a 12(b)(6) motion to dismiss and would provide this Court with an

17   efficient manner to remove this case from the docket. Defendants believe the longer Plaintiffs

18   fail to prosecute this case will result in prejudice to Defendants due to the loss of potential

19   witnesses and evidence including loss of memory related to the subject incident.

20       Plaintiffs' conduct in their Sonoma County Superior Court criminal matters also may

21   support a motion to dismiss pursuant to the fugitive disentitlement doctrine because Plaintiffs are

22   purposefully evading/interfering with their criminal prosecutions that relate to the same arrests

23   they allege were unlawful in this lawsuit.  The Court should not allow Plaintiffs to litigate this

24   civil lawsuit when they are purposefully evading their criminal prosecutions related to the same

25   facts and circumstances as in the civil lawsuit.  The fugitive disentitlement doctrine holds "that an

26   individual who seeks to invoke the processes of the law while flouting them has no entitlement to

27   call upon the resources of the Court for determination of his claims." (*Conforte v. C.I.R.*, 692

28   F.2d 587, 589 (9th Cir. 1982) (internal quotation omitted).)

**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT; Case No.: 3:21-cv-08854**

1    For these reasons Defendants respectfully request this Court lift the stay and allow

2    Defendants to bring their respective motions to dismiss pursuant to FRCP 12(b)(6).

3

4

5    Dated: 4/21/23                    By:    /s/ Richard Osman_____
                                              Richard Osman
6                                             Attorneys for Defendants
                                              County of Sonoma
7                                             Deputy Joseph L. Ricks
                                               Deputy Daniel Ager
8

9    Dated: 4/21/23                    By: /s/ Nicholas D. Syren_____
                                              Alison M. Crane
10                                            Nicholas D. Syren
                                              Attorney for Defendants
11                                            Westminster Woods Camp And
                                              Center; Christopher Rhodes,
12                                            and Olivia Longstaff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT; Case No.: 3:21-cv-08854**

# Exhibit A

| | |
|---|---|
| **From:** | Jerold Friedman, Attorney |
| **To:** | mriesinger@solanocounty.com |
| **Cc:** | Nicholas D Syren; Richard Osman; Richard Diestel; Alison Crane |
| **Subject:** | FW: Activity in Case 3:21-cv-08854-JCS Danielson et al v. Sonoma County et al Motion Hearing |
| **Date:** | Wednesday, March 8, 2023 4:49:48 PM |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Officer Riesinger,

Below is the court order for Alex Leatham to attend the case management conference by Zoom.

The Zoom link is found on the judge's web site. It's here for your convenience.

> Public Hearings
> Please click the link below to join webinars (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.
>
> https://cand-uscourts.zoomgov.com/j/1619260804?pwd=RE5qWDhGOTdWWTZUOFlOKzhNc3pjZz09
>
> Webinar ID: 161 926 0804
> Password: 050855

Thank you,

Jerry Friedman

--

**mailing address**
Law Office of Jerold D. Friedman
19744 Beach Blvd. #390
Huntington Beach, CA 92648

(213) 536-1244
(281) 667-3506 fax
*jerry@lawofficejdf.com*

NOTICE: The information contained in this message is confidential and may be privileged and protected from disclosure by law. It is intended for the designated recipient only. If you are not the designated recipient you are notified that dissemination, distribution or copying of this message or any attachment is prohibited. Please notify us immediately by replying to this message and deleting it from all of your electronic and computer systems.

---

**From:** <ECF-CAND@cand.uscourts.gov>
**Date:** Friday, February 17, 2023 at 4:44 PM
**To:** <efiling@cand.uscourts.gov>
**Subject:** Activity in Case 3:21-cv-08854-JCS Danielson et al v. Sonoma County et al Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 2/17/2023 at 2:44 PM PST and filed on 2/17/2023

| | |
|---|---|
| **Case Name:** | Danielson et al v. Sonoma County et al |
| **Case Number:** | 3:21-cv-08854-JCS |
| **Filer:** | |
| **Document Number:** | 56 |

**Docket Text:**
**Minute Entry for Zoom proceedings held before Chief Magistrate Judge Joseph C. Spero: Motion Hearing held on 2/17/2023 re [52] MOTION to Withdraw as Attorney *and Waive Status Conference* filed by Jack LaSota, Emma Borhanian, Gwen Danielson, Alexander Leatham. Further Case Management Conference not held on 2/17/2023.**

**Case Management Statement due by 4/21/2023. Further Case Management Conference set for 4/28/2023 02:00 PM in San Francisco, - Videoconference Only. This proceeding will be held via a Zoom webinar. All plaintiffs are ordered to attend.**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jcs**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

**Total Time in Court: 13 M.**
**Court Reporter: Scott Coniam.**
**Attorney for Plaintiff: Jerold Friedman.**
**Attorney for Defendant: Richard Osman for Sonoma County, Ricks & Ager; Nicholas Syren for Westminster Woods, Rhodes & Longstaff.**

**(klh, COURT STAFF) (Date Filed: 2/17/2023)**

**3:21-cv-08854-JCS Notice has been electronically mailed to:**

Alison M. Crane    Acrane@bledsoelaw.com, mkaufmann@bledsoelaw.com, vstevenson@bledsoelaw.com

Asha Jameson    ajameson@bfesf.com, ashajameson@gmail.com

Jerold D Friedman    jerry@lawofficejdf.com

Nicholas Syren    nsyren@bledsoelaw.com

Richard S. Diestel    rdiestel@bledsoelaw.com, acardoza@bledsoelaw.com, amescobar@bledsoelaw.com, nsyren@bledsoelaw.com

Richard William Osman    rosman@bfesf.com, elaverdure@bfesf.com, lroberts@bfesf.com, mkirubi@bfesf.com, segler@bfesf.com, tngo@bfesf.com

**3:21-cv-08854-JCS Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

**The following document(s) are associated with this transaction:**

**Document description:**Main Document
**Original filename:**C:\fakepath\21-cv-08854-jcs-civil_minutes_-_zoom_mot_withdraw_2-17-2023.638122568215235524.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/17/2023] [FileNumber=19979272-0]
[43f4d0279645e4d05a3e76c83d00a6d451a8616a246a175ec0d98e7cef9ec562467f
3853ab116cd84057df000aa05bcafd8562594083cf880a1c41b7321bfd99]]

*DANIELSON v. COUNTY OF SONOMA*
US DISTRICT COURT NORTHER DISTRICT
CASE NO.: 3:21-cv-08854-JCS
*(Our File No. CMI03-16277)*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 180 Sansome Street, Fifth Floor, San Francisco, California 94104, in said County and State. On April 21, 2023, I served the attached document(s):

### JOINT CASE MANAGEMENT STATEMENT AND STATUS REPORT

Upon all named counsel of record as follows:

| *Plaintiffs Gwen Danielson, Emma Borhanian, Jack LaSota, and Alexander Jeffrey Leatham* | *Attorneys for Defendants COUNTY OF SONOMA, JOSEPH RICKS, and DANIEL AGER* |
|---|---|
| Jerold D. Friedman<br>Law Office of Jerold D. Friedman<br>19744 Beach Blvd., Unit 390<br>Huntington Beach, CA 92648<br>Telephone No.: (213) 536-1244<br>Email: Jerry@lawofficejdf.com | Richard W. Osman<br>Asha M. Jameson<br>BERTRAND FOX ELLIOT OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone No.: (415) 353-0999<br>Email: rosman@bfesf.com<br>ajameson@bfesf.com |

☒    **BY ECF (ELECTONIC CASE FILING [ECF]):** I e-filed/e-served the above-detailed documents via ECF pursuant to Federal Rules of Civil Procedure.  A copy of this electronic transmission confirmation will be retained with the attached document.

I certify under penalty of perjury that the foregoing is true and correct.  Certificate of Service was executed by the undersigned on April 21, 2023, at San Francisco, California.

_____
Cristine Chavez