UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>SONOMA COUNTY, et al.,<br><br>    Defendants. | Case No. 21-cv-08854-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on April 28, 2023, before this Court in the above-entitled case. Plaintiffs were not present. Defendants were present.

IT IS HEREBY ORDERED that Plaintiffs shall appear on **May 26, 2023, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs' failure to appear at the case management conference on April 28, 2023, for failure to prosecute, and for failure to comply with the Court's Order of February 17, 2023. [ECF 56]. Mr. Friedman shall serve a copy of this Order on the Plaintiffs and file a certificate of service.

IT IS SO ORDERED.

Dated: May 1, 2023

                                                      JOSEPH C. SPERO<br>
                                                      United States Magistrate Judge