Jerold D. Friedman (SBN: 290434)
jerry@lawofficejdf.com
LAW OFFICE OF JEROLD D. FRIEDMAN
19744 Beach Blvd. #390
Huntington Beach, CA 92648
Tel: (213) 536-1244
Fax: (281) 667-3506

***Former Attorney for Plaintiffs***
GWEN DANIELSON, EMMA BORHANIAN,
JACK LASOTA, and ALEXANDER JEFFREY LEATHAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al., | Case No. 3:21-cv-8854-JCS |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| COUNTY OF SONOMA, CALIFORNIA, et al., | |
| Defendants. | |

//

//

//

# PROOF OF SERVICE

STATE OF TEXAS)
)
COUNTY OF HARRIS)

At the time of service, I was over age 18 years and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19744 Beach Blvd. #390, Huntington Beach, CA 92648.

On May 3, 2023, I served the following documents described as:

- **ORDER TO SHOW CAUSE (DOC. NO. 59)**
- **LETTER TO PLAINTIFFS**

on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

> Emma Borhanian, *pro per*, presumed deceased <emmalateral@protonmail.com>
> Gwen Danielson, *pro per* <gwenlegal@protonmail.com>
> Jack LaSota, *pro per* <autoprophetic@protonmail.com>
> Alexander Leatham, *pro per* <starlightphoenix@protonmail.com>

___ **By Mail:** I deposited the sealed envelope with the U.S. Postal Service with postage fully prepaid.

_X_ **By E-Mail:** pursuant to Court order, by transmitting via e-mail the documents listed above to the interested parties listed above at the above e-mail addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 3, 2023.

*/s/ Jerold D. Friedman*
Jerold D. Friedman