UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN DANIELSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SONOMA COUNTY, et al.,<br><br>    Defendants. | Case No. 21-cv-08854-JCS<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This case was brought by Plaintiffs Gwen Danielson, Emma Borhanian, Jack LaSota and Alexander Leatham. Although Plaintiffs were initially represented by counsel, their attorney, Jerold Friedman, brought a motion to withdraw, which the Court granted at a Case Management Conference on February 17, 2023. Dkt. No. 56. While Mr. Friedman no longer represents Plaintiffs, he has been ordered to forward the Court's orders to them. In the Court's February 17, 2023 minute order (dkt. no. 56), the Court ordered all Plaintiffs to appear at a Case Management Conference scheduled for April 21, 2023. No Plaintiff appeared at that Case Management Conference. On May 1, 2023, the Court issued an Order to Show Cause ("OSC") in which it ordered all Plaintiffs to appear and show cause why the case should not be dismissed for failure to prosecute and failure to follow the Court's orders. The Court set a show cause hearing for May 26, 2023 and Mr. Friedman served the OSC on Plaintiffs. No Plaintiff appeared at the May 26, 2023 OSC hearing. Nor has the Court received any communications from Plaintiffs. Accordingly, the Court DISMISSES this action, in its entirety, without prejudice for failure to prosecute and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

Dated: May 26, 2023

JOSEPH C. SPERO
United States Magistrate Judge